IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0167 WHA |
| Plaintiff, | Death Penalty Case |
| v. | |
| EDGAR DIAZ, a/k/a "Hook," RICKEY ROLLINS, a/k/a "lil Rick," DON JOHNSON, a/k/a "Skanoodles," a/k/a "Noodles," | **ORDER REGARDING CASE MANAGEMENT** |
| Defendants. / | |

The Court has fully reviewed the defense status memorandum dated June 9, 2005. It raises concerns deserving discussion at the July 5 hearing. At least one week before the July 5 hearing, each side shall file a memorandum on the following:

1. The intentions of the parties concerning the rulings anticipated soon by Judge Larson and a timeline to resolve discovery issues.

2. The timeline for the government to obtain approval to prosecute this case as a capital case, including the statutory and regulatory deadlines.

3. An orderly plan for bringing this case to trial (based on meeting-and-conferring over the template order provided to counsel yesterday).

4. Whether the government should be barred from superceding after August 2005 without prejudice to filing separate indictments.

Absent a clear-cut "motion," a case management discussion will not be deemed to be a motion. Rather, such discussions will be aimed at finding ways to productively manage the case.

1  If any counsel wants to make a "motion," it must be clear that a motion has been made,
2  preferably in writing, but if orally, very clearly.  For example, the Court does not understand at
3  present that any motion to set a trial date has been made by defense counsel.  If such a motion is
4  to be made, it should be a clear-cut motion with knowledge of the potential consequences of a
5  firm trial date.

6  The Court followed-up on the CJA funding problem.  Contrary to statements made by the
7  defense, Jeanne DeKelver advises that Mr. Mazur has not yet submitted a proposed order for his
8  CJA application.  Mr. Mazur should contact Ms. DeKelver immediately to straighten this out.
9  As of today, the proposed orders of the two other CJA applications have been approved as
10 submitted.

11 Time was not excluded on the record (other than to note that motions were still pending
12 before Judge Larson).  The parties are requested to meet and propose an order excluding time on
13 any further grounds (if they in fact agree to the further basis for exclusion).  The government
14 must keep track of the speedy trial clock and report at each hearing how many days are left.
15 Defense counsel must keep track as well and state any objection to the government's calculation.

17 In all "E-Filing" cases, in addition to filing papers electronically, the parties are required
18 to lodge for chambers one paper copy of each document that is filed electronically.  These
19 printed copies shall be marked "Chambers Copy — Do Not File" and shall be in an envelope
20 clearly marked with the judge's name and case number.  It shall be delivered to the Clerk's
21 office on the 16th floor promptly.

23 **IT IS SO ORDERED.**

25 Dated:  June 15, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2