KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
HARTLEY M. K. WEST (CSBN 191609)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> EDGAR DIAZ ) <br>    a/k/a "Hook," ) <br> ) <br> RICKEY ROLLINS ) <br>    a/k/a "Lil Rick," ) <br> ) <br> DON JOHNSON ) <br>    a/k/a "Skanoodles" ) <br>    a/k/a "Noodles," ) <br> ) <br>    Defendants. ) | No. CR 05-0167 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 14, 2005 THROUGH JULY 5, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv)) |

   On June 14, 2005, the following individuals appeared before this Court for status and trial setting on the above-captioned matter: defendant Edgar Diaz, his attorneys Michael Burt and Tony Tamburello, defendant Rickey Rollins, his attorneys Richard Mazer and Ann Moorman, defendant Don Johnson, his attorneys John Philipsborn and James Thompson, and Assistant

STIPULATION & [PROPOSED]
ORDER EXCLUDING TIME
CR 05-0167 WHA

United States Attorneys Hartley West and Philip Kearney. The Court ordered that the matter be continued to July 5, 2005. The parties and the Court agree that the time between June 14 and July 5, 2005 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii), and 3161(h)(8)(B)(iv), for effective preparation of counsel, due to the complex nature of the case, and because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, the Court HEREBY ORDERS that the time between June 14 and July, 2005 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Date: July 6, 2005

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____
MICHAEL BURT
Attorney for Defendant
Edgar Diaz

_____
RICHARD MAZER
ANN MOORMAN
Attorneys for Defendant
Rickey Rollins

_____
JOHN PHILIPSBORN
Attorney for Defendant
Don Johnson

_____
HARTLEY M. K. WEST
Assistant United States Attorney

STIPULATION & [PROPOSED]
ORDER EXCLUDING TIME
CR 05-0167 WHA                                      2