UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, ET AL.,<br><br>    Defendants.<br>_____/ | No. Cr 05-0167 WHA (JL)<br><br>**AMENDED ORDER GRANTING AND DENYING DEFENDANTS' MOTIONS FOR DISCOVERY**<br><br>**(Docket Numbers 31 and 34)** |

    This Court on June 30, 2005 entered its order granting and denying Defendants' motions for discovery. That order resolved Docket Numbers 31 and 34.

    IT IS SO ORDERED.

DATE:  July 13, 2005

_____
JAMES LARSON
United States Magistrate Judge