IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ<br>    a/k/a "Hook,"<br><br>RICKEY ROLLINS<br>    a/k/a "lil Rick,"<br><br>DON JOHNSON<br>    a/k/a "Skanoodles"<br>    a/k/a "Noodles,"<br><br>    Defendants.<br>                                         / | No. CR-05-00167 WHA<br><br>(Death Penalty Case)<br><br>**ORDER REQUESTING PARTIES TO BRIEF ISSUES OF (1) NOTICE OF INTENT TO SEEK DEATH PENALTY AND (2) APPEALABILITY OF JUDGE LARSON'S ORDER AT AUGUST 23, 2005, HEARING** |

    For the hearing to be held on August 23, 2005, both sides should brief the following issues:

    1.    Whether Judge Larson's order granting and denying defendant's motion for discovery, dated June 30, 2005, is appealable in light of that court's finding that an ex parte evidentiary hearing is necessary to resolve the government's security concerns.

    2.    Whether the government should file a notice of intent to seek the death penalty by a date certain. Parties should comment on the date they deem appropriate for filing the notice of intent.

    In addition, this order clarifies this Court's order on the record at the hearing, held on July 5, 2005, to stay Judge Larson's June 30 order. The Court's order to stay was specific to

1  that part of Judge Larson's order requiring the government to disclose certain materials within
2  fifteen days of that order.  This Court did not intend for the stay to affect that part of the
3  Judge Larson's order referring to an *ex parte* evidentiary hearing.  Whether or not an
4  evidentiary hearing should be conducted depends on the need of a  hearing to resolve the
5  government's security concerns; those concerns should be directed at Judge Larson.

**IT IS SO ORDERED.**

Dated:  July 14, 2005. 
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE