IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00167 WHA (JL) |
| Plaintiff, | (Death Penalty Case) |
| v. | |
| EDGAR DIAZ<br>    a/k/a "Hook," | **ORDER REGARDING REVISED BRIEFING SCHEDULE** |
| RICKEY ROLLINS<br>    a/k/a "lil Rick," | |
| DON JOHNSON<br>    a/k/a "Skanoodles"<br>    a/k/a "Noodles," | |
| DORNELL ELLIS | |
| Defendants.    / | |

The Court has received the government's request for a continuation in the briefing schedule regarding the appeal of Judge Larson's order. The Court sets the following revised schedule:

- The government's appeal is due July 29, 2005 by noon.
- The defendants' opposition is due August 12, 2005 by noon.
- The government's reply is due August 16.
- The hearing date will remain on August 23, 2005 at 2 p.m.

**IT IS SO ORDERED.**

Dated: July 22, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE