United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00167 WHA (JL) |
| Plaintiff, | (Death Penalty Case) |
| v. | |
| EDGAR DIAZ<br>    a/k/a "Hook," | **REQUEST REGARDING ORAL<br>ARGUMENT ON GOVERNMENT APPEAL** |
| RICKEY ROLLINS<br>    a/k/a "lil Rick," | |
| DON JOHNSON<br>    a/k/a "Skanoodles"<br>    a/k/a "Noodles," | |
| DORNELL ELLIS | |
| Defendants. / | |

At the hearing on the appeal from Judge Larson's order, counsel should be prepared to address the following questions:

1.  What material at issue on appeal is covered by the Jencks Act?

2.  What *other* material at issue *is* subject to Rule 16(a) disclosure but the only issue is timing.

3.  Does the government contend Local Rule 16-1 is invalid? If not, what *other* materials at issue does the government concede are subject to Local Rule 16-1 and the only issue is timing. If so, please answer the foregoing question anyway on the assumption that the local rule is valid.

4.  Are there any other materials at issue beyond the above?

5.  What is this Court's scope of review over Judge Larson's order?

"At issue" means the government is seeking to modify via the appeal. Put differently, we need not concern ourselves with materials the government will disclose in accordance with Judge Larson's timetable. In answering question 2, exclude Jencks Act materials. In answering question 3, exclude materials covered by questions 1 and 2.

**IT IS SO ORDERED.**

Dated: August 16, 2005.



WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

2