IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00167 WHA (JL) |
| Plaintiff, | (Death Penalty Case) |
| v. | |
| EDGAR DIAZ<br>    a/k/a "Hook," | **ORDER REGARDING UNITED STATES'<br>EX PARTE APPLICATION FOR NEW<br>BRIEFING SCHEDULE AND EXTENSION<br>OF REPLY DATE** |
| RICKEY ROLLINS<br>    a/k/a "lil Rick," | |
| DON JOHNSON<br>    a/k/a "Skanoodles"<br>    a/k/a "Noodles," | |
| DORNELL ELLIS | |
| Defendants. | |

The Court has received the government's ex parte application for new briefing schedule and extension of reply date. The government's appeal of Judge Larson's order will go forward as set forth in the Court's previous order, dated July 22, 2005. The Court sets a separate briefing schedule for defendants' motion to prohibit government from seeking the death penalty. Defendants' motion will be heard on September 7, 2005 at 2 p.m. The government's opposition is due August 26, 2005. The defendants' reply is due August 31, 2005.

**IT IS SO ORDERED.**

Dated: August 16, 2005.



WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE