IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, a/k/a "Hook," RICKEY ROLLINS, a/k/a "lil Rick," DON JOHNSON, a/k/a "Skanoodles," a/k/a "Noodles,"<br><br>Defendants.<br>_____/ | No. C 05-00167 WHA<br><br>**FURTHER REQUEST REGARDING ORAL ARGUMENT ON GOVERNMENT APPEAL** |

Counsel should also be prepared to address the following additional issues at the oral argument (please do not file more briefing):

6. What Ninth Circuit caselaw specifically addresses the question of whether *Brady* requires disclosure prior to death-penalty authorization hearings within the Department of Justice? Other circuits?

7. *Perez* states that *Brady* material is "only" constitutionally required to be disclosed in time for its effective use at trial or plea proceedings. 222 F. Supp. 2d at 172. Please read the full paragraph on page 172 of *Perez* beginning with "Further . . . ." Didn't *Perez* actually modify its discovery order to relieve the government from producing any Jencks Act materials until required to do so by *Brady*?

8. In a 2004 decision, the Ninth Circuit quoted and applied *Jones* to the effect "when the defense seeks evidence which qualifies as both Jencks Act and *Brady* material, the Jencks Act standards control." *United States v. Alvarez*, 358 F.3d 1994, 1211 (9th Cir. 2004). Is this controlling?

9. Where a trial occurs as opposed to a plea, does any Ninth Circuit or Supreme Court decision hold that *Brady* material must be turned over prior to trial (as opposed to during trial, so long as a continuance is granted as needed upon request)? *See United States v. Nagra*, 147 F.3d 875, 881 (9th Cir. 1998). *La Mere v. Risley*, 827 F.2d 622, 625 (9th Cir. 1987), states that *Brady* disclosures must be made in sufficient time to permit a defendant to make effective use of the material. Does any Ninth Circuit decision hold that "effective use" includes use during jury selection, opening statements and cross-examination of witnesses appearing before the witness whose statement is at issue?

10. If a Jencks Act statement contains *Brady* material but the witness does not testify, when, under *Alvarez*, is it constitutionally required to be disclosed? *See United States v. Mills*, 810 F.2d 907, 910 (9th Cir. 1987).

**IT IS SO ORDERED.**

Dated: August 18, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2