IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00167 WHA (JL) |
| Plaintiff, | (Death Penalty Case) |
| v. | |
| EDGAR DIAZ<br>  a/k/a "Hook," | **ADDITIONAL REQUEST REGARDING SUPPLEMENTAL BRIEFING** |
| RICKEY ROLLINS<br>  a/k/a "lil Rick," | |
| DON JOHNSON<br>  a/k/a "Skanoodles"<br>  a/k/a "Noodles," | |
| DORNELL ELLIS | |
| Defendants. / | |

Please include in your ten o'clock submissions this morning, a response to the following questions:

1. To what extent has the government produced to date in this case redacted or unredacted 302 reports?

2. To what extent has the government produced to date in this case redacted or unredacted police reports that reference witness names or addresses?

Be sure to state affirmatively the extent to which such reports have been turned over.

**IT IS SO ORDERED.**

Dated: August 24, 2005.



WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE