IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDGAR DIAZ, a/k/a "Hook," RICKEY ROLLINS, a/k/a "lil Rick," DON JOHNSON, a/k/a "Skanoodles," a/k/a "Noodles," ROBERT CALLOWAY, a/k/a "Papa," and DORNELL ELLIS, a/k/a "D Map,"<br><br>   Defendant.<br>_____/ | No. CR 05-00167 WHA<br><br>**NOTICE OF PROPOSED CASE MANAGEMENT ORDER** |

Please find appended hereto a proposed case management order prepared after reviewing all of counsel's comments on the earlier draft. All counsel will be invited at the hearing on October 5, 2005, at 2 p.m. to comment further before the order is finalized. At the same hearing, the Court will hear argument on the request for clarification of the order dated August 26, 2005, concerning discovery in aid of the death-penalty authorization process.

**IT IS SO ORDERED.**

Dated: September 27, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE