1   ANN C. MOORMAN, ESQ. (130144)
    LAW OFFICES OF ANN C. MOORMAN
2   308 S. School Street
    Ukiah, CA  95482
3   Telephone:  (707) 462-1844

4   Attorneys for Defendant
    RICKEY ROLLINS

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,        )     No. CR-05-00167 WHA
                                     )
10                 Plaintiff,        )     [PROPOSED] ORDER AND
                                     )     STIPULATION EXCLUDING TIME
11          vs.                      )     PURSUANT TO 18 U.S.C.
                                     )     §3161(h)(8)(A) & (B)(ii) & (B)(iv)
12   EDGAR DIAZ, et al.,             )
                                     )
13                 Defendants.       )
                                     )
14

15          IT IS HEREBY STIPULATED between the parties, plaintiff the United States of America

16   through its counsel of record, Philip J. Kearney, Assistant United States Attorney, defendant Edgar Diaz

17   through his counsel Tony Tamburello, defendant Don Johnson through his attorneys John Philipsborn

18   and James S. Thomson, defendant Rickey Rollins, through his attorneys Richard Mazer and Ann C.

19   Moorman, defendant Dornell  Ellis through his attorney Mark Goldrosen and defendant Robert

20   Calloway, through his counsel, Seth Chazin that the time between October 5, 2005 and March 29, 2006

21   shall be excluded from computation under the Speedy Trial Act.   The parties stipulate that this

22   exclusion of time is necessary for the continuity of counsel and effective preparation for all parties

23   pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).   The parties further stipulate that the above referenced case

24   should be deemed complex due to the number of defendants and the nature of the prosecution which

25   can serve as an additional reason to exclude time pursuant to 18 U.S.C.§3161(h)(8)(B)(ii). The parties

26   stipulate that the ends of justice served by this exclusion of time outweigh the interest of the public in

27   a speedy trial within the meaning of 18 U.S.C. §3161(h)(8)(A) . The parties further agree  that the

28   proposed Order set forth herein may and should be entered by the Court.

     Stipulation and Order Excluding Time                1

1  IT IS SO STIPULATED:

2

3  DATED: _____                    /s/
                                    _____
                                    TONY TAMBURELLO
4                                   ATTORNEY FOR EDGAR DIAZ

5
   DATED: _____                    /s/
6                                   _____
                                    JOHN PHILIPSBORN.
                                    ATTORNEY FOR DON JOHNSON
7

8  DATED: _____                    /s/
                                    _____
                                    ANN C. MOORMAN
9                                   ATTORNEY FOR RICKEY ROLLINS

10
   DATED:_____                     /s/
11                                  _____
                                    MARK GOLDROSEN
                                    ATTORNEY FOR DORNELL ELLIS
12

13
   DATED: _____                    /s/
14                                  _____
                                    SETH CHAZIN
                                    ATTORNEY FOR ROBERT CALLOWAY
15

16 DATED: _____                     /s/
                                    _____
17                                  PHILIP J. KEARNEY
                                    ASSISTANT UNITED STATES ATTORNEY
                                     COUNSEL FOR THE UNITED STATES
18

19                          **ORDER**

20      Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY

21 ORDERS THAT:

22      The period between October 5, 2005 and March 29, 2006 shall be excluded from the calculation

23 of time in which the trial of this case must commence pursuant to the Speedy Trial Act.  The Court

24 finds that this matter should be deemed complex due to the number of defendants and the nature of the

25 prosecution pursuant to 18 U.S.C.§3161(h)(8)(B)(ii). The Court further finds that this exclusion of time

26 is necessary for the effective preparation of counsel and continuity of counsel for all parties pursuant

27 to 18 U.S.C. §3161(h)(8)(B)(iv).   The Court finds further that the ends of justice served by this

28 exclusion of time outweigh the interest of the public in a speedy trial within the meaning of18 U.S.C.

Stipulation and Order Excluding Time                    2

1 §3161(h)(8)(A) due to the legal complexities raised by the nature of the proceeding at this stage, the

2 number of defendants and the fact the government has indicated that more defendants and more charges

3 will be added to the case by way of superseding indictment.

4 **IT IS SO ORDERED.**

6 DATED: October 13, 2005

7 JUDGE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge William Alsup

Stipulation and Order Excluding Time                           3