```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2  
    EUMI L. CHOI (WVBN 0722)
 3  Acting Chief, Criminal Division

 4  PHILIP J. KEARNEY (CSBN 114978)
    RICHARD J. CUTLER (CSBN 146180)
 5  Assistant United States Attorney

 6     450 Golden Gate Avenue
       San Francisco, California  94102
 7     Telephone: (415) 436-6758

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,  )  | Criminal No. CR 05-00167 WHA |
|---|---|
| Plaintiff,  ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v.   ) | **ORDER EXCLUDING TIME** |
| ) | |
| **EMILE FORT**  ) | |
|     a/k/a "Twin,"  ) | |
| **CHRISTOPHER BYES,**  ) | |
|     a/k/a "C&H,"  ) | |
| **ALLEN CALLOWAY**  ) | |
|     a/k/a "Nutso,  ) | |
| Defendants.  ) | |

The above-captioned matter came before the Court on November 8, 2005, for status. The defendants, EMILE FORT, CHRISTOPHER BYES, and ALLEN CALLOWAY, who were present, were represented respectively by Harry Singer, Esq., Garrick Lew, Esq., and George Boisseau, Esq., and the government was represented by Philip J. Kearney and Richard J. Cutler, Assistant United States Attorneys. The case was set to join the co-defendants' case currently set for status on March 29, 2006, at 2:00 p.m.

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**

1 | The Court made a finding on the record that the time between November 8, 2005, and
2 | March 29, 2006 should be excluded under the Speedy Trial Act, 18 U.S.C. §
3 | 3161(h)(3)(B)(8) and Federal Rule of Criminal Procedure 5.1, because the ends of justice
4 | served by taking such action outweighed the best interest of the public and the defendant
5 | in a speedy trial.  That finding was based on the defendant's request for additional time to
6 | review an extensive amount of discovery material recently provided by the government,
7 | as well as time to insure the effective preparation of her counsel.  Counsel for the
8 | defendant indicated a need for additional time to adequately prepare the matter, taking
9 | into account the exercise of due diligence.  That finding was made pursuant to 18 U.S.C.
10 | § 3161(h)(8)(B)(iv).
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                    2

1  The parties hereby agree to and request that the case be continued until March 29,
2  2006 at 2:00 p.m. and that an exclusion of time until that date be granted.  The parties
3  agree and stipulate that the additional time is appropriate and necessary under Title 18,
4  United States Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this
5  continuance outweigh the best interest of the public and the defendant in a speedy trial.

8  DATED: 11/8/05                    /S/
                                     ―――――――――――――――――――
                                     HARRY SINGER, ESQ.
9                                    Counsel for DEFENDANT
                                     EMILE FORT

11 DATED: 11/8/05                    /S/
                                     ―――――――――――――――――――
                                     GARRICK LEW, ESQ.
12                                   Counsel for DEFENDANT
                                     CHRISTOPHER BYES

14 DATED: 11/8/05                    /S/
                                     ―――――――――――――――――――
                                     GEORGE BOISSEAU, ESQ.
15                                   Counsel for DEFENDANT
                                     ALLEN CALLOWAY

17
   DATED:  11/8/05                   /S/
                                     ―――――――――――――――――――
18                                   PHILIP J. KEARNEY
                                     Assistant United States Attorney

20 SO ORDERED.

22 DATED: November 9, 2005
                                     ―――――――――――――――――――
                                     WILLIAM H. ALSUP
23                                   UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                  3