1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 | PHILIP J. KEARNEY (CSBN 114978)
RICHARD J. CUTLER (CSBN 146180)
5 | Assistant United States Attorneys

6 | 450 Golden Gate Ave.
San Francisco, California  94102
7 | Telephone:  (415) 436-6758

8 | Attorneys for Plaintiff

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,           )   NO.: CR 05-0167-WHA
                                       )
14 |         Plaintiff,                 )   PETITION FOR WRIT, AND
                                       )   WRIT OF HABEAS CORPUS
15 |   v.                               )   AD PROSEQUENDUM
                                       )
16 | RONNIE CALLOWAY,                   )
         a/k/a "Oreo,"                  )
17 |                                    )
         Defendant.                     )
18 | _____    )   SAN FRANCISCO VENUE

19

20

21 | To the Honorable Edward M. Chen, United States Magistrate Judge for the United States

22 | District Court for the Northern District of California:

23 |         The United States of America respectfully petitions the Court to issue a Writ of

24 | Habeas Corpus Ad Prosequendum for the prisoner Ronnie Calloway, a/k/a "Oreo."

25 | / /

26 | / /

27 | / /

28

1  The prisoner has been indicted in <u>United States v. Raymon Milburn, et al.</u>, CR 05-0167-
2  WHA, and is required to appear before the Court for an initial appearance. His place of
3  custody and jailor are set forth in the following proposed writ.

5  DATED:                                    Respectfully submitted,
6                                            KEVIN V. RYAN
                                             United States Attorney

9                                                       /S/
                                             RICHARD J. CUTLER
10                                           PHILIP J. KEARNEY
                                             Assistant United States Attorneys

13  IT IS SO ORDERED.

15  DATED:    November 17, 2005

                                             _____ Nandor J. Vadas
                                             HONORABLE EDWARD M. CHEN
                                             United States Magistrate Judge

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Fred Rocha, United States Marshal for the Northern District of California; any of his authorized deputies, and agents of the Federal Bureau of Investigation; and to Mark Shepherd, Warden, Folsom State Prison, 300 Prison Road, Folsom, California:

**GREETINGS**

The prisoner RONNIE CALLOWAY (dob 6/22/1982, CDC# V37459) is now in custody in the above-referenced institution. He is charged by indictment in <u>United States v. Raymon Milburn, et al.</u>, CR 05-0167-WHA. He is required to appear for prosecution in the federal criminal case now pending against him in the United States District Court for the Northern District of California, for an initial appearance on **November 29, 2005 at 9:30 a.m.** in the courtroom of United States Magistrate Judge Edward M. Chen , 450 Golden Gate Avenue, 15th Floor, San Francisco, California.

YOU ARE COMMANDED to produce the prisoner in this Court FORTHWITH or release him into the custody of the United States Marshal, his deputies, or agents of the Federal Bureau of Investigation who will bring him before Magistrate Judge Edward M. Chen.

YOU ARE FURTHER COMMANDED that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal, his deputies authorized under this writ, or agents of the Federal Bureau of Investigation.

WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California. 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

1  WITNESS the Honorable Edward Chen, United States Magistrate Judge of the
2  United States District Court for the Northern District of California.
3
4  DATED:  November 17, 2005                    CLERK
                                                UNITED STATES DISTRICT COURT
5                                               NORTHERN DISTRICT OF CALIFORNIA
6                                                /s/ Betty Fong
                                                _____
7                                               DEPUTY CLERK