KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
RICHARD J. CUTLER (CSBN 146180)
Assistant United States Attorneys

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-6758

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO.: CR 05-0167-WHA |
|---|---|---|
| Plaintiff, | ) | PETITION FOR WRIT, AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| PARIS RAGLAND, a/k/a "P-Diddy," | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |

To the Honorable Edward M. Chen, United States Magistrate Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner PARIS RAGLAND, a/k/a "P-Diddy."

/ /

/ /

/ /

1  The prisoner has been indicted in <u>United States v. Raymon Milburn, et al.</u>, CR 05-0167-
2  WHA, and is required to appear before the Court for an initial appearance. His place of
3  custody and jailor are set forth in the following proposed writ.

5  DATED:                                    Respectfully submitted,
6                                            KEVIN V. RYAN
                                             United States Attorney

9                                            _____/S/_____
                                             RICHARD J. CUTLER
10                                           PHILIP J. KEARNEY
                                             Assistant United States Attorneys

13  IT IS SO ORDERED.

15  DATED: November 17, 2005

16                                           _____
                                             HON. EDWARD M. CHEN   Nandor J. Vadas
17                                           United States Magistrate Judge

2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Fred Rocha, United States Marshal for the Northern District of California; any of his authorized deputies, and agents of the Federal Bureau of Investigation; and to Thomas L. Carey, Warden, California State Prison, Solano, 2100 Peabody Road, Vacaville, California:

**GREETINGS**

The prisoner PARIS RAGLAND (dob 8/1/1985, CDC # V81986) is now in custody in the above-referenced institution. He is charged by indictment in <u>United States v. Raymon Milburn, et al.</u>, CR 05-0167-WHA. He is required to appear for prosecution in the federal criminal case now pending against him in the United States District Court for the Northern District of California, for an initial appearance on **November 29, 2005 at 9:30 a.m.** in the courtroom of United States Magistrate Judge Edward M. Chen , 450 Golden Gate Avenue, 15th Floor, San Francisco, California.

YOU ARE COMMANDED to produce the prisoner in this Court FORTHWITH or release him into the custody of the United States Marshal, his deputies, or agents of the Federal Bureau of Investigation who will bring him before Magistrate Judge Edward M. Chen.

YOU ARE FURTHER COMMANDED that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal, his deputies authorized under this writ, or agents of the Federal Bureau of Investigation.

WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California. 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United

1 | States Marshal or any of his authorized deputies pursuant to this writ.
2 |     WITNESS the Honorable Edward M. Chen, United States Magistrate Judge of the
3 | United States District Court for the Northern District of California.

5 | DATED: November 17, 2005    CLERK
                                                   UNITED STATES DISTRICT COURT
6 |                                                    NORTHERN DISTRICT OF CALIFORNIA

8 |                                                    /s/ Betty Fong
                                                 DEPUTY CLERK