KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
RICHARD J. CUTLER (CSBN 146180)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234

Attorneys for Plaintiff

FILED
05 OCT 31 AM 9: 15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00167-WHA |
| Plaintiff, ) | APPLICATION FOR ISSUANCE OF A NO BAIL ARREST WARRANT AND [PROPOSED] ORDER |
| v. ) | |
| EMILE FORT, a/k/a "Twin, ) | |
| Defendant. ) | |

The United States of America, plaintiff, through counsel of record Kevin V. Ryan, United States Attorney, Philip J. Kearney, and Richard J. Cutler, Assistant United States Attorneys, hereby moves this Court to issue an arrest warrant for EMILE FORT, a/k/a "Twin" (DOB 6/5/81 - currently in custody in San Francisco County Jail #2, 850 Bryant Street, San Francisco, CA) based on the Second Superseding Indictment returned and filed yesterday. The defendant is in the custody of the City of San Francisco Jail, awaiting trial in state court. The government had not requested an arrest warrant during the return of the Second Superseding Indictment in light of the fact that the defendant was

APPLICATION AND ORDER

in state custody and a Writ would be obtained. However, because the defendant is awaiting trial, and is not in state prison post trial, a Writ will not be effective and the issuance of an arrest warrant is therefore necessary.

Accordingly, The United States requests that the court issue a no-bail warrant for the arrest of Emile Fort, a/k/a "Twin."

DATED: October 28, 2005              Respectfully submitted,

                                     KEVIN V. RYAN
                                     United States Attorney

                                     /s/
                                     _____
                                     PHILIP J. KEARNEY
                                     RICHARD J. CUTLER
                                     Assistant United States Attorneys

## ORDER

For good cause shown, the Court hereby ORDERS that a no-bail warrant be issued for the arrest of Emile Fort, a/k/a "Twin" based on the issuance and return of the Second Superseding Indictment in the above-referenced case.

DATE: 10/28/05

_____
NANDOR VADAS
United States Magistrate Judge

APPLICATION AND ORDER