United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>Defendants.<br>_____/ | No. C 05-00167 WHA<br><br><br><br>**ORDER RE CASE MANAGEMENT** |

    Counsel who have not submitted CJA budgets should by noon, December 30, 2005.

    If the government is going to "appeal" the discovery rulings, please do so very promptly, so that the pendency of the "appeal" will not delay the overall case further than it will already

    All counsel should be prepared at the March 29, 2006, status hearing to set hearing dates, to identify specific motions to be brought, and to discuss a trial date.

**IT IS SO ORDERED.**

Dated: December 16, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE