United States District Court
For the Northern District of California

1
2
3
4
5
6       IN THE UNITED STATES DISTRICT COURT
7
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,                    No. C 05-00167 WHA
11          Plaintiff,
12    v.                                         **ORDER RE TRIAL SCHEDULE
                                                 AND MARCH 29 HEARING**
13  EDGAR DIAZ, CHRISTOPHER BYES,
    ALLEN CALLOWAY, ROBERT
14  CALLOWAY, RONNIE CALLOWAY,
    DORNELL ELLIS, EMILE FORT, DON
15  JOHNSON, PARIS RAGLAND, RICKEY
    ROLLINS and REDACTED DEFENDANTS
16  Nos. ONE & TWO,
17          Defendants.
                                              /
18

   For the next calling of the case, on March 29, 2006, would counsel all be prepared to address the following.  Subject to the comments of counsel, the Court would like to set this case for jury trial on January 22, 2007, at 7:30 a.m.  The Court would also propose to set motion dates at various points in 2006, to be selected.  The Court realizes that not all death-penalty decisions will be made as early as originally expected but all of those decisions will be known by September 22 , 2006.  In the meantime, good use can be made of our time in hearing many types of motions, including dismissal motions, suppression motions and so forth.  These will need to be resolved regardless of the choice made by the prosecution as to whom, if anyone, the death penalty will be sought.

   By March 22, 2006, all counsel shall submit any declarations and memoranda addressing the foregoing.  In the meantime, if counsel feels discovery is not being provided in

accordance with the Court's prior orders or with respect to new discovery matters not previously addressed, counsel must file prompt defense motions before Chief Magistrate Judge James Larson. Please do not come to the March 29 hearing and assert inadequate disclosure or inadequate discovery as a basis for avoiding a trial timetable without having made prompt motions before Judge Larson.

**IT IS SO ORDERED.**

Dated: January 3, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE