IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>   Defendants.<br>                                              / | No. C 05-00167 WHA<br><br><br>**ORDER RE HEARING** |

For the hearing on March 29, 2006, at 2 p.m., please be prepared to address:

1.   The draft scheduling order appended hereto;

2.   Whether the Court should eliminate one counsel for each of defendants Johnson, Ellis and Rollins, as they are no longer death eligible; and

3.   Whether any adjustment in CJA pay for counsel for those defendants should occur going forward.

**IT IS SO ORDERED.**

Dated: March 28, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE