| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | EUMI L. CHOI (WVBN 0722)<br>Acting Chief, Criminal Division |
| 3 | |
| 4 | PHILIP J. KEARNEY (CSBN 114978)<br>RICHARD J. CUTLER (CSBN 146180)<br>Assistant United States Attorneys |
| 5 | KRISTA TONGRING (NJBN 2739-96)<br>Trial Attorney, U.S. Department of Justice |
| 6 | |
| 7 | 450 Golden Gate Avenue<br>San Francisco, California  94102<br>Telephone: (415) 436-6758 |
| 8 | Attorneys for Plaintiff |
| 9 | |

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA

12  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ) | Criminal No. CR 05-00167 WHA |
| 14 | Plaintiff, ) | |
| 15 | ) ) | **AMENDED STIPULATION AND** |
| 16 | v. ) | **[PROPOSED] ORDER EXCLUDING TIME** |
| 17 | ) ) | |
| 18 | **REDACTED DEFENDANT NO. 1,** ) et.al., ) | |
| 19 | ) ) | |
| 20 | ) ) | |
| 21 | Defendants. ) | |

22   The above-captioned matter came before the Court on March 29, 2006, for a

23  status appearance on the second superseding indictment.  The defendants, EMILE FORT,

24  EDGAR DIAZ, ROBERT CALLOWAY, DON JOHNSON, RICKEY ROLLINS,

25  DORNELL ELLIS, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE

26  CALLOWAY and ALLEN CALLOWAY, who were  present, were represented

27

28  **STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**

| | |
|---|---|
| 1 | respectively by Michael P. Thorman, Esq., Tony Tamburello, Esq., John D. Cline, Esq., |
| 2 | John Philipsborn, Esq., Richard Mazer, Esq., Mark Goldrosen, Esq., Garrick Lew, Esq., |
| 3 | Robert Waggoner, Esq., Susan Raffanti, Esq. and George Boisseau, Esq., and the |
| 4 | government was represented by Philip J. Kearney and Richard J. Cutler, Assistant United |
| 5 | States Attorneys, and Krista Tongring, Trial Attorney. The matter was continued until |
| 6 | April 26, 2006, for a status hearing re discovery. The Court made a finding on the record |
| 7 | that the time between March 29, 2006, and April 26, 2006 should be excluded under the |
| 8 | Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(B)(8)(A), because the ends of justice served by |
| 9 | taking such action outweighed the best interest of the public and the defendant in a |
| 10 | speedy trial. That finding was based both on the Court's previous ruling declaring the |
| 11 | matter complex and the defendants' request for additional time to review the discovery |
| 12 | and effectively prepare the matter, taking into account the exercise of due diligence. That |
| 13 | finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). |

The parties hereby agree to and request that the case be continued until April 26, 2006 at 2:00 p.m. and that an exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: 3/30/06                              /S/
                                            MICHAEL P. THORMAN, ESQ.
                                            Counsel for DEFENDANT
                                            EMILE FORT

DATED: 3/30/06                              /S/
                                            TONY TAMBURELLO, ESQ.
                                            Counsel for DEFENDANT
                                            EDGAR DIAZ

DATED: 3/30/06                              /S/
                                            JOHN D. CLINE, ESQ.
                                            Counsel for DEFENDANT
                                            ROBERT CALLOWAY

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                          2

DATED: 3/30/06  /S/
JOHN T. PHILIPSBORN, ESQ.
Counsel for DEFENDANT
DON JOHNSON

DATED: 3/30/06  /S/
RICHARD B. MAZER, ESQ.
Counsel for DEFENDANT
RICKEY ROLLINS

DATED: 3/30/06  /S/
MARK GOLDROSEN, ESQ.
Counsel for DEFENDANT
DORNELL ELLIS

DATED: 3/30/06  /S
GARRICK LEW, ESQ.
Counsel for DEFENDANT
CHRISTOPHER BYES

DATED: 3/30/06  /S/
ROBERT WAGGONER, ESQ.
Counsel for DEFENDANT
PARIS RAGLAND

DATED: 3/30/06  /S/
SUSAN RAFFANTI, ESQ.
Counsel for DEFENDANT
RONNIE CALLOWAY

DATED: 3/30/06  /S/
GEORGE BOISSEAU, ESQ.
Counsel for DEFENDANT
ALLEN CALLOWAY

DATED: 3/30/06  /S/
PHILIP J. KEARNEY
Assistant United States Attorney

SO ORDERED.

DATED: 4/3/06

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*[seal: United States District Court, Northern District of California — signature of Judge William Alsup]*

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**            3