IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>    Defendants.<br>                                               / | No. C 05-00167 WHA<br><br>**REQUEST FOR LEGAL MEMORANDA** |

      In connection with Rule 16(a)(2) issue on which briefing is due by noon, May 2, counsel should address authorities on the following. If the United States is correct that local police reports *are* deemed to be equivalent to form 302s for purposes of Rule 16(a)(2), and thus exempt as federal work-product from Rule 16(a)(1), would consistency require that the order hold that the United States has an affirmative duty to review such local police reports for *Brady* material?

      **IT IS SO ORDERED.**

Dated: April 27, 2006

                                                      WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE