IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>Defendants.<br>_____/ | No. CR 05-00167 WHA<br><br>**ORDER SETTING DEADLINES** |

By **MAY 17, 2006**, the defense must submit any evidence (*ex parte* and under seal) it wishes the Court to consider as to whether any defendant does or does not pose a threat to witness security, including (without limitation) whether the "Down Below Gang" exists, whether any defendant is a member, and whether, even so, any witness risk is posed.

By **JUNE 7, 2006**, the government must submit declarations (*ex parte* and under seal) identifying each redacted witness and the particularized information as to the security threat to that witness or his or her family, including the current city of residence and workplace of the witness, whether the witness is under a witness-protection program, whether the witness is a resident outside the Sunnydale district and, if not, has any need to go inside said district, whether threats have already been made, whether the witness has specifically expressed fear of

retaliation, a sufficient summary of the witness' potential testimony to determine if the testimony will be mainly inculpatory, mainly exculpatory or essentially neutral. Also, please advise whether the witness is in good health and expected to be available at the time of trial. This will then be used by the Court to gauge the level of security risk as to each witness. In this connection, the government must submit evidence and justification for withholding the name of the probation officer and the housing security guard(s).

By **JUNE 7, 2006**, the government shall file a declaration explaining why it withheld completely the totally blank pages in the Johnson and Diaz submissions. Please file this under seal and *ex parte*, including a full unredacted copy of the totally masked pages.

By **JUNE 7, 2006**, the government must submit for *in camera* review and under seal evidence its justification for withholding and redacting from counsel for Mr. Diaz the name of the witness referenced at KT0745 in the 1956 entry and KT0746 at the 1400 entry. This should also explain why a disclosure to Mr. Diaz's counsel (only) would present an undue risk to those witnesses.

By **JUNE 7, 2006**, the government must submit for *in camera* review and under seal evidence its justification for withholding and redacting from counsel for Mr. Ellis the name of the witness referenced at BR33 at the 1300 entry and BR31–32 at the 1130 entry. This should explain why a disclosure to Mr. Ellis' counsel (only) would present an undue risk to those witnesses.

In addition, the following schedules are set for briefing on four motions that will be heard at **8 A.M., MAY 24, 2006**:

- Motions to Unshackle, to Disclose Exculpatory Witness Information and for Reasonable Access to Mr. Fort By Counsel
    - Opposition:         May 11
    - Reply:                May 19
- Motion Challenging Adequacy of Expert Disclosures
    - Opening Brief:     May 8
    - Opposition:         May 17

2

•   Reply:            May 19

•   All submissions due by noon on the day indicated

At the May 24 hearing, the Court will hear argument concerning the appended draft protective order. Submissions concerning it may be made by noon on May 19.

**IT IS SO ORDERED.**

Dated: May 1, 2006.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3