IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

EDGAR DIAZ, RICKEY ROLLINS,
DON JOHNSON, ROBERT CALLOWAY,
DORNELL ELLIS, EMILE FORT,
CHRISTOPHER BYES, PARIS
RAGLAND, RONNIE CALLOWAY,
ALLEN CALLOWAY, and REDACTED
DEFENDANTS Nos. ONE & TWO,

    Defendants.
    /

No. CR 05-0167 WHA

**REQUEST FOR FURTHER
COMMENT ON REVISED
DRAFT PROTECTIVE ORDER**

    Appended hereto is a revised draft protective order. Any objections or proposals for change should be filed by **JUNE 7, 2006**. The Court's intention is to issue a protective order shortly thereafter without further hearing — ample input and argument having been heard. Specification of who is a Primary Witness versus a Secondary Witness will await review of the June 7 submissions. On or before **JUNE 2, 2006**, counsel for all parties shall meet and confer in person to try to agree upon a form of order along the lines of the appended and to submit their agreed-on proposal by **JUNE 7**. Counsel understand the Court's goal. Please try to agree on how to achieve it, reserving fully any objection to substance, which objections can be separately stated.

    **IT IS SO ORDERED.**

Dated: May 25, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE