1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (WVBN 0722)
3   Acting Chief, Criminal Division

4   PHILIP J. KEARNEY (CSBN 114978)
    RICHARD J. CUTLER (CSBN 146180)
5   Assistant United States Attorneys
    KRISTA TONGRING (NJBN 2739-96)
6   Trial Attorney, United States Department of Justice

7       450 Golden Gate Avenue
        San Francisco, California  94102
8       Telephone: (415) 436-6758

9   Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,        )   Criminal No. CR 05-00167 WHA
                                     )
15              Plaintiff,           )
                                     )
16                                   )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER EXCLUDING TIME**
17          v.                       )
                                     )
18                                   )
    **REDACTED DEFENDANT NO. 1, et.** )
19  **al.,**                         )
                                     )
20                                   )
                                     )
21              Defendants.          )
                                     )
22  _____ )

23      The above-captioned matter came before the Court on May 24, 2006, for a status

24  appearance  on the second superseding indictment and for hearing and decision on

25  motions.  The defendants, EMILE FORT, EDGAR DIAZ, ROBERT CALLOWAY,[1]

26  _____

27      [1] Robert Calloway was the only defendant not present and his presence was waived by his

28  counsel.

    STIPULATION AND [PROPOSED]
    ORDER EXCLUDING TIME
    CR 05-00167 WHA

1   DON JOHNSON, RICKEY ROLLINS, DORNELL ELLIS, CHRISTOPHER BYES,

2   PARIS RAGLAND, RONNIE CALLOWAY and ALLEN CALLOWAY, who were

3   present. were represented respectively by Michael P. Thorman, Esq., Tony Tamburello,

4   Esq., John D. Cline, Esq., John Philipsborn, Esq., Ann Moorman, Esq., Mark Goldrosen,

5   Esq., Richard Tamor, Esq., Robert Waggoner, Esq., Susan Raffanti, Esq. and George

6   Boisseau, Esq., and the government was represented by Richard J. Cutler, Assistant

7   United States Attorney, and Krista Tongring, Trial Attorney.  The matter was continued

8   until June 28, 2006, at 8:00 a.m. for further status hearing re discovery and for hearing

9   and decision on motions.  The parties agree and stipulate that the time between May 24,

10  2006, and June 28, 2006 should be excluded under the Speedy Trial Act, 18 U.S.C. §§

11  3161(h)(1)(F) and (h)(3)(B)(8)(A), because the ends of justice served by taking such

12  action outweighed the best interest of the public and the defendant in a speedy trial.  This

13  is based both on the Court's previous ruling declaring the matter complex and the

14  defendants' request for additional time to review the discovery and effectively prepare the

15  matter,taking into account the exercise of due diligence, as well as the fact that the current

16  motions schedule sets June 28, 200, as a date for hearing and decision on motions relating

17  to the sufficiency of expert disclosure.

18         The parties hereby agree to and request that the case be continued until June 28,

19  2006 at 8:00 a.m. and that an exclusion of time until that date be granted.  The parties

20  agree and stipulate that the additional time is appropriate and necessary under Title 18,

21  United States Code, Sections 3161(h)(1)(E) and (h)(3)(B)(8), because the ends of justice

22  served by this continuance outweigh the best interest of the public and the defendants in a

23  speedy trial.

24  DATED:      5/24/06                        /S/
                                        _____
25                                      MICHAEL P. THORMAN, ESQ.
                                        Counsel for DEFENDANT
26                                      EMILE FORT

    DATED:      5/24/06                        /S/
27                                      _____
                                        TONY TAMBURELLO, ESQ.
28                                      Counsel for DEFENDANT
                                        EDGAR DIAZ

    STIPULATION AND [PROPOSED]
    ORDER EXCLUDING TIME
    CR 05-00167 WHA

1    DATED:      5/24/06              /S/
                                JOHN D. CLINE, ESQ.
2                               Counsel for DEFENDANT
                                ROBERT CALLOWAY
3

4    DATED:      5/24/06              /S/
                                JOHN T. PHILIPSBORN, ESQ.
5                               Counsel for DEFENDANT
                                DON JOHNSON
6
     DATED:      5/24/06              /S/
7                               ANN MOORMAN, ESQ.
                                Counsel for DEFENDANT
8                               RICKEY ROLLINS

9    DATED:      5/24/06              /S/
                                MARK GOLDROSEN, ESQ.
10                              Counsel for DEFENDANT
                                DORNELL ELLIS
11
     DATED:      5/24/06              /S
12                              RICHARD TAMOR, ESQ.
                                Counsel for DEFENDANT
13                              CHRISTOPHER BYES

14   DATED:      5/24/06              /S/
                                ROBERT WAGGONER, ESQ.
15                              Counsel for DEFENDANT
                                PARIS RAGLAND
16
     DATED:      5/24/06              /S/
17                              SUSAN RAFFANTI, ESQ.
                                Counsel for DEFENDANT
18                              RONNIE CALLOWAY

19
     DATED:      5/24/06              /S/
20                              GEORGE BOISSEAU, ESQ.
                                Counsel for DEFENDANT
21                              ALLEN CALLOWAY

22
     DATED:      5/24/06              /S/
23                              RICHARD J. CUTLER
                                Assistant United States Attorney
24

25   SO ORDERED.

26   DATED:    5/30/06

27                              WILLIAM H. ALSUP
                                UNITED STATES                    JUDGE
28

     STIPULATION AND [PROPOSED]
     ORDER EXCLUDING TIME
     CR 05-00167 WHA