IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>    Defendants.<br>_____/ | No. C 05-00167 WHA<br><br>**REQUEST FOR GOVERNMENT TO ADVISE** |

Due yesterday were the government's submissions on:

(i) The foundation for invoking any work-product privilege under Rule 16(a)(2) as to each local police report or police document for which any privilege is claimed (see May 18 order at page 5).

(ii) The issue of waiver of any work-product privilege by reason of its voluntary production (*ibid.*).

Neither was received. In case they were submitted somehow and misplaced, would the government please immediately contact Dawn Toland, the courtroom deputy (x2020) and so advise. If they were not submitted, please so advise, so the Court can proceed to rule.

**IT IS SO ORDERED.**

Dated: June 8, 2006

                                                       WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE