United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

EDGAR DIAZ, RICKY ROLLINS,
DON JOHNSON, ROBERT CALLOWAY,
DORNELL ELLIS, EMILE FORT,
CHRISTOPHER BYES, PARIS
RAGLAND, RONNIE CALLOWAY,
ALLEN CALLOWAY, and REDACTED
DEFENDANTS Nos. ONE & TWO,

      Defendants.

_____/

No. CR 05-00167 WHA

**ORDER SETTING NEW
DEADLINES FOR FILINGS
RELATED TO LOCAL POLICE
REPORTS**

     The government did not submit any of the material requested on pages four through five

of the Order re Discoverability of Local Police Reports Under Rule 16 and Schedule for Further

Submissions, dated May 18.  Now, the government requests an extension.  The government

must serve and file these materials by **NOON, TUESDAY, JUNE 13, 2006**.  The opposition

deadline also is extended.  Each defendant must file an opposition or statement of non-

opposition by **NOON, FRIDAY, JUNE 16**.

    **IT IS SO ORDERED.**

Dated: June 8, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE