IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>Defendants. | No. CR 05-00167 WHA<br><br>**ORDER TO SERVE MATERIAL ON DEFENDANTS AND FILE IT PUBLICLY** |

The government recently submitted materials under seal and *ex parte* pursuant to court order. Some of the material exceeded the scope of material that was properly exempt from public filing and service upon defendants. That material is:

• The first paragraph of the submission on June 7, 2006, on withheld documents.

• The Introduction of the submission on June 7, 2006, regarding witness security (pages one through three). Exhibit A should not be served on defendants or filed publicly.

1  The government is **ORDERED TO SERVE AND FILE PUBLICLY** the preceding materials
2  by **NOON, FRIDAY, JUNE 16, 2006**. If the government objects, it must notify the Court *ex*
3  *parte* and under seal by **NOON, WEDNESDAY, JUNE 14**.

5  **IT IS SO ORDERED.**

7  Dated: June 12, 2006

        WILLIAM ALSUP
        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2