IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, and REDACTED<br>DEFENDANTS Nos. ONE & TWO,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. CR 05-00167 WHA<br><br>**ORDER TO COMPLETE<br>DECLARATION RE WITNESS<br>SECURITY** |

　　　There were gaps in the government's recent witness-by-witness security declaration. At least F11, M3 and M4 were not included. Will the government please fill in these gaps and any others *and* certify that all redacted names in the redacted materials provided in discovery have been covered. For the Court's convenience, please identify each witness who was listed in the probable-cause affidavit of Officer Everson. Please do this *ex parte* and under seal by **NOON, WEDNESDAY, JUNE 14, 2006**.

　　**IT IS SO ORDERED.**

Dated: June 12, 2006

　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California