IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00167 WHA |
| Plaintiff, | |
| v. | **ORDER RE WITHHELD DISCOVERY** |
| EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO, | |
| Defendants. | |

It appears that the government may have provided to defendants the name of the witnesses referenced at KT0745 in 1956 entry, KT0746 at the 1400 entry, BR33 at the 1300 entry and BR 31–32 at the 1130 entry. If the government has done so, it should confirm that.

If the government has not turned them over, then it owes the Court justification for withholding the names from counsel for defendants Ellis and Diaz. Such justification would have been due June 7, 2006, per the order dated May 1, 2006.

**IT IS SO ORDERED.**

Dated: June 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE