IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00167 WHA |
| Plaintiff, | |
| v. | **NOTICE RE FOLLOW-UP ON WITHHELD DOCUMENTS** |
| EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO, | |
| Defendants. | |

On June 7, 2006, the government filed (*ex parte* and under seal) a memorandum regarding withheld documents. It summarized documents withheld from discovery from various homicide binders, defendants' binders, firearms binders, discovery binders, a gang task force binder and a narcotics binder. Without revealing the specific descriptions, here is a list of the various categories in the overall listing:

- Letter from police to family updating them on case
- Probable cause arrest affidavits (the submission is ambiguous as to whether all of these have been provided at least in redacted form)
- Juvenile police reports, juvenile rap sheets, juvenile records (even of defendants), withheld for lack of a "state court order"
- Rap sheets on witnesses

- Notes from debriefings of various witnesses
- Written statements of victims said to be Jencks Act material
- Contact information on witnesses
- Witness locator information
- Police reports
- Domestic violence case
- Domestic violence report
- Discovery binder re a victim
- List of witnesses – names, phone numbers and description of how they are related to case
- Summary of statement (of witness)
- Mug shot of witness to attempted murder
- Paperwork for relocation of witness
- Police narrative of witness interview
- Driver's license and car registration information on witness
- Letter regarding moving witness to another jail facility due to security concerns
- Letter requesting consideration for witness for cooperation
- Documentation regarding threats to family of victim relative
- List of DBG members and monikers
- Documents relating to attempted kidnaping
- Draft form 302

At the hearing on June 28, 2006, all counsel should be prepared to address any issues presented and/or to set a briefing schedule for followup. At the hearing, the government should

2

clarify (i) whether blank pages with the Bates numbers indicated have been provided and (ii) whether the list is the entire universe of unproduced police files or, rather, is a smaller subset.

**IT IS SO ORDERED.**

Dated: June 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE