IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>   Defendants.<br>                                                          / | No. CR 05-00167 WHA<br><br>**ORDER RE FILING PUBLICLY AND SERVING GOVERNMENT'S RESPONSE TO COURT'S ORDER TO COMPLETE DECLARATION RE WITNESS SECURITY** |

Given the lack of security issues presented by the document entitled Government's Response to Court's Order to Complete Declaration re Witness Security, filed April 14, 2006, the government is order to file it publicly and serve it on defendants by **NOON, FRIDAY, JUNE 16, 2006**. The accompanying declaration of Kimberly E. Hopkins also should be served and filed publicly then, except for paragraph five, which will remain *ex parte* and under seal.

**IT IS SO ORDERED.**

Dated: June 14, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE