IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,

Defendants.

No. CR 05-00167 WHA

**ORDER RE FILING PUBLICLY AND SERVING SUBMISSION ON WITNESS SECURITY**

On June 12, 2006, the government was ordered to file publicly and to serve on defendants the Introduction of the government submission, dated June 7, 2006, regarding civilian witness security (pages one through three, but not Exhibit A). The material was due at noon today but has not been filed. The government is **GRANTED AN EXTENSION UNTIL NOON, MONDAY, JUNE 19, 2006**. The material also must be served on defendants.

**IT IS SO ORDERED.**

Dated: June 16, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE