IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, and REDACTED<br>DEFENDANTS Nos. ONE & TWO,<br><br>    Defendants.<br>                                                              / | No. CR 05-0167 WHA<br><br>**REQUEST TO INITIATE<br>SOLICITOR GENERAL'S<br>REVIEW** |

The Court asks that the government immediately, if it has not done so already, initiate the Solicitor General's review of any decision to seek appellate review of the issues raised by its "noncompliance notice" and not wait until after the sanctions hearings. To do otherwise would build in unnecessary delay.

**IT IS SO ORDERED.**

Dated: June 29, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE