| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 3 | |
| 4 | PHILIP J. KEARNEY (CSBN 114978)<br>RICHARD J. CUTLER (CSBN 146180)<br>Assistant United States Attorneys |
| 5 | KRISTA TONGRING (NJBN 2739-96)<br>Trial Attorney, U.S. Department of Justice |
| 6 | |
| 7 | 450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone: (415) 436-6758 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00167 WHA |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |
| v. | ) | |
| **REDACTED DEFENDANT NO. 1, et al.,** | ) | |
| Defendants. | ) | |

The above-captioned matter came before the Court on June 28, 2006, for hearing on stage one motions. The defendants, EMILE FORT, EDGAR DIAZ, ROBERT CALLOWAY, DON JOHNSON, RICKEY ROLLINS, DORNELL ELLIS, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY and ALLEN CALLOWAY, who were present, were represented respectively by Michael P. Thorman,

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**

1   Esq., Michael Satris, Esq., Tony Tamburello, Esq., Michael Burt, esq., Martha Boersch,

2   Esq., John Philipsborn, Esq., James Thompson, Esq., Esq., Ann Mohrman, Esq., Richard

3   Mazer, Esq., Mark Goldrosen, Esq., Richard Tamor, Esq., Robert Waggoner, Esq., Susan

4   Raffanti, Esq. and George Boisseau, Esq., and the government was represented by Philip

5   J. Kearney and Richard J. Cutler, Assistant United States Attorneys, and Krista Tongring,

6   Department of Justice Trial Attorney.  The matter was continued until August 30, 2006,

7   for hearing on stage two motions.  The Court made a finding on the record that the time

8   between June 28, 2006, and August 30, 2006 should be excluded under the Speedy Trial

9   Act, 18 U.S.C. § 3161(h)(3)(B)(8)(A), because the ends of justice served by taking such

10   action outweighed the best interest of the public and the defendant in a speedy trial.  That

11   finding was based both on the Court's previous ruling declaring the matter complex and

12   the attorneys' needs to effectively prepare the matter, taking into account the exercise of

13   due diligence.  That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

        The parties hereby agree to and request that the case be continued until August 30, 2006 at 8:00 a.m. and that an exclusion of time until that date be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial.

```
DATED:    6/29/06                    /S/
                                     MICHAEL P. THORMAN, ESQ.
                                     Counsel for DEFENDANT
                                     EMILE FORT

DATED:    6/29/06                    /S/
                                     TONY TAMBURELLO, ESQ.
                                     Counsel for DEFENDANT
                                     EDGAR DIAZ

DATED:    6/29/06                    /S/
                                     MARTHA BOERSCH, ESQ.
                                     Counsel for DEFENDANT
                                     ROBERT CALLOWAY
```

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**        2

| | | |
|---|---|---|
| 1 | DATED: 6/29/06 | /S/<br>JOHN T. PHILIPSBORN, ESQ.<br>Counsel for DEFENDANT<br>DON JOHNSON |
| 3 | DATED: 6/29/06 | /S/<br>RICHARD B. MAZER, ESQ.<br>Counsel for DEFENDANT<br>RICKEY ROLLINS |
| 5 | DATED: 6/29/06 | /S/<br>MARK GOLDROSEN, ESQ.<br>Counsel for DEFENDANT<br>DORNELL ELLIS |
| 8 | DATED: 6/29/06 | /S<br>RICHARD TAMOR, ESQ.<br>Counsel for DEFENDANT<br>CHRISTOPHER BYES |
| 10 | DATED: 6/29/06 | /S/<br>ROBERT WAGGONER, ESQ.<br>Counsel for DEFENDANT<br>PARIS RAGLAND |
| 13 | DATED: 6/29/06 | /S/<br>SUSAN RAFFANTI, ESQ.<br>Counsel for DEFENDANT<br>RONNIE CALLOWAY |
| 15 | DATED: 6/29/06 | /S/<br>GEORGE BOISSEAU, ESQ.<br>Counsel for DEFENDANT<br>ALLEN CALLOWAY |
| 19 | DATED: 6/29/06 | /S/<br>PHILIP J. KEARNEY<br>Assistant United States Attorney |

SO ORDERED.

DATED: June 29, 2006

/s/ William Alsup
UNITED STATES DISTRICT JUDGE
Judge William Alsup

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                                         3