IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00167 WHA |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO, | |
| Defendants. | |

Both attorneys for defendant Rickey Rollins, Ann C. Moorman and Richard B. Mazer, may remain in the case for now. The plan is for only one of them to represent Mr. Rollins at trial. Due to conflicts each of them have with the trial date in this action, however, they both should stay in the case until it is clear which of them will be able to represent Mr. Rollins at trial. Ms. Moorman and Mr. Mazer are **ORDERED** to inform the Court within three days of any change in the dates of the other trials.

Any motions challenging the sufficiency of the government's expert disclosures will be briefed on the following schedule:

- Motions due July 7, 2006
- Opposition briefs due July 14, 2006
- Reply briefs due at July 17, 2006

The sanctions motion or motions will be briefed as follows:

- Motions due July 3, 2006
- Opposition briefs due July 10, 2006
- Reply briefs due July 14, 2006

The hearing on both of the motions above will be at 11 a.m., July 18, 2006.

The deadlines for any *Daubert* motions are changed to the following:

- Motions due August 7, 2006
- Opposition briefs due August 18, 2006
- Reply briefs due August 23, 2006

No other deadline for Stage Two briefs is changed. The hearing date also is unchanged for all motions, including the *Daubert* motions.

All briefs are due at noon on the due date.

**IT IS SO ORDERED.**

Dated: June 30, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE