United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS NOS. ONE & TWO,

    Defendants.

    /

No. C 05-00167 WHA

**ORDER GRANTING IN PART GOVERNMENT'S MOTION FOR LATE FILING IN RESPONSE TO DEFENDANTS' STAGE 2 AND *DAUBERT* MOTIONS**

    Contrary to the government, its proposed new schedule would put too much pressure on the trial date. Moreover, only those motions, if any, involved in the appeal will be temporarily outside the Court's jurisdiction. At all events, the jurisdiction issue can only *reduce* the work to be done by the government.

    With reluctance, the following modified schedule will apply:

    1.    The defense *Daubert* motions are still due next Monday, August 7 (at noon).

    2.    The government's response to the *Daubert* motions will still be due on August 18 (at noon).

    3.    Defense replies re *Daubert* will still be due on August 23 (at noon).

4. The hearing on the *Daubert* motions will still be August 30 at the time previously set.

5. The government's opposition to the Stage 2 motions (other than *Daubert*) is hereby extended to **AUGUST 25, 2006**, with replies extended to **SEPTEMBER 5** and the hearing thereon set for **THURSDAY, SEPTEMBER 21, 2006, AT 1:30 P.M.**

**IT IS SO ORDERED.**

Dated: August 4, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2