IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, and REDACTED<br>DEFENDANTS NOS. ONE & TWO,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. CR 05-00167 WHA<br><br>**ORDER UNSEALING PORTION<br>OF OPERATIVE INDICTMENT** |

　　　The portion of the operative indictment containing information on Redacted Defendant No. 2 is hereby **UNSEALED**. The government is **ORDERED TO FILE** an updated version of the redacted indictment filed on November 14, 2005. The updated verison must disclose publicly the identity of Redacted Defendant No. 2. That defendant, Terrell Jackson, was arraigned August 2, 2006. This updated version must be filed by **NOON, WEDNESDAY, AUGUST 16, 2006**.

　　　**IT IS SO ORDERED.**

Dated: August 14, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE