**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS RAGLAND,<br>RONNIE CALLOWAY,<br>ALLEN CALLOWAY, TERRELL<br>JACKSON and REDACTED DEFENDANT<br>NO. ONE,<br><br>Defendants.<br>                                                                 / | No. CR 05-0167 WHA<br><br>**ORDER CONFIRMING**<br>***DAUBERT* SCHEDULE FOR**<br>**AUGUST 30 HEARING** |

This order **RE-AFFIRMS** that the government's responses to the *Daubert* motions are still due on **AUGUST 18 (AT NOON)** and the defense replies on **AUGUST 23 (AT NOON)**, as set forth in the August 4 order, notwithstanding any contrary schedule in the earlier July 21 order. The hearing shall be **AUGUST 30 AT 8:00 A.M.**, also as previously set.

**IT IS SO ORDERED.**

Dated: August 15, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE