United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00167 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE, | |
| Defendants. / | |

Motions in criminal actions cannot be longer than 25 pages of text, unless the Court approves additional space. Crim. L.R. 2-1 and 47-2(b); Civil L.R. 7-11. Defendant Edgar Diaz recently filed an 86-page Motion to Exclude Firearm Identification, a 34-page Motion to Exclude Drug Identification Testimony and a 100-page Motion to Exclude DNA Test Results. He did not seek or receive permission to exceed the limits. Defendant Diaz is **ORDERED TO SHOW CAUSE** why the motions should not be stricken. The response is due **NOON, THURSDAY,**

**AUGUST 17**. The government's response to the motions remains due at **NOON, FRIDAY, AUGUST 18**. All briefs that exceed length limitations are subject to being stricken.

**IT IS SO ORDERED.**

Dated: August 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE