IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>Defendants. | No. CR 05-00167 WHA<br><br>**ORDER GRANTING MOTION FOR PERMISSION TO FILE BRIEFS EXCEEDING PAGE LIMITS** |

The motion by defendant Edgar Diaz for permission to file the briefs that exceed the page limits is **GRANTED**. Those briefs could have been just as effective, however, in forty pages or less. In the future, the Court will not consider other oversize briefs unless permission is first sought and given. The opposition briefs may equal the oversize motions in length (*e.g.*, an 86-page response can be made to the 86-page motion; the government, however, may not file a 100-page opposition to the 86-page brief). The reply brief is limited to fifteen pages.

**IT IS SO ORDERED.**

Dated: August 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE