IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00167 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF DEADLINE TO FILE EXHIBIT F OF GOVERNMENT OPPOSITION** |
| EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE, | |
| Defendants. / | |

The government's motion for permission to file late Exhibit F to its Opposition to the Motion to Exclude DNA Evidence is **GRANTED**. The deadline for defendants to file any reply briefs and supporting papers is **CONTINUED TO NOON, MONDAY, AUGUST 28, 2006**. The hearing will remain as scheduled.

**IT IS SO ORDERED.**

Dated: August 23, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE