United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>Defendants.<br>———————————————————/ | No. CR 05-00167 WHA<br><br>**ORDER SETTING DATE FOR HEARING ON MOTION TO EXCLUDE FIREARM IDENTIFICATION EVIDENCE AND REQUIRING FILING OF DRUG IDENTIFICATION DOCUMENTS** |

The court previously set September 11, 2006 as the date for an evidentiary hearing on the *Daubert* issues and the firearms witnesses. Court staff has conferred with counsel and that hearing is reset for **NOON ON OCTOBER 10, 2006**. This order is final and all counsel and witnesses are ordered to be present.

The hearing on the Motion to Exclude Drug Trade and Jargon Experts will still be at **8 A.M., SEPTEMBER 13, 2006**.

The government must file the following by **NOON, SEPTEMBER 12, 2006**: (1) letter dated June 28, 1995, regarding the 1995 audit of the SFPD Crime Lab, (2) 2005 audit report of the Crime Lab, and (3) documentation of DEA procedures for identification of marijuana and cocaine.

**IT IS SO ORDERED.**

Dated: September 7, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE