IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. CR 05-00167 WHA<br><br><br>**NOTICE RE**<br>**SEPTEMBER 13, 2006 HEARING** |

At the hearing on September 13, 2006, the Court would like clarification as to what documents embody the "motion to exclude interstate nexus expert" referred to by counsel at the August 30, 2006 hearing.

**IT IS SO ORDERED.**

Dated:  September 12, 2006

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE