IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-00167 WHA |
| Plaintiff, | |
| v. | **ORDER RE DRUG IDENTIFICATION DOCUMENTS** |
| EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE, | |
| Defendants. | |

By **NOON ON SEPTEMBER 18, 2006**, defendants may jointly file a supplement not longer than five pages regarding the significance to the Motion to Exclude Drug Identification Testimony of the Government's failure to produce the information requested by the Court on September 7, 2006. Also by the same date and time, defendants must submit the DEA Drug Manual alluded to at the hearing on September 13, 2006.

**IT IS SO ORDERED.**

Dated: September 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE