United States District Court

For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,                      No. CR 05-00167 WHA
11          Plaintiff,
12      v.                                          **REQUEST TO COUNSEL RE
                                                    SEARCH-AND-SEIZURE**
13   EDGAR DIAZ, RICKEY ROLLINS,                     **MOTIONS**
     DON JOHNSON, ROBERT CALLOWAY,
14   DORNELL ELLIS, EMILE FORT,
     CHRISTOPHER BYES, PARIS
15   RAGLAND, RONNIE CALLOWAY,
     ALLEN CALLOWAY, and REDACTED
16   DEFENDANTS NOS. ONE & TWO,
17          Defendants.
18   _____/
19
          The Court is *tentatively* of the view that evidentiary hearings will be required for all
20
     search-and-seizure motions. At the September 21st hearing, the government should be prepared
21
     to acquiesce in such hearings or to explain why one or more motions do not need an evidentiary
22
     hearing. Please meet and confer and line up hearing dates convenient to counsel and the
23
     witnesses. Available dates and times are: all day beginning at 8:00 a.m. on October 4th; all day
24
     beginning at 8:00 a.m. on October 16th; 8:00 a.m. to 12:00 p.m. on October 17th; and all day
25
     beginning at 8:00 a.m. on October 18th.
26
27
28

**United States District Court**

For the Northern District of California

1      The motions at issue are Nos. 586, 589, 597, 604, 606, 608, 611, and 613.

2

3      **IT IS SO ORDERED.**

4

5    Dated:  September 19, 2006

6                             WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28