United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>Defendants.<br>_____/ | No. C 05-00167 WHA<br><br>**ORDER RE UNSTAYED PART OF DORNELL ELLIS MOTION FOR DISCOVERY OF WITHHELD DOCUMENTS (Doc. 595)** |

    The government and Mr. Ellis's counsel are **ORDERED** to file a petition with the Juvenile Court by **OCTOBER 3, 2006**, to obtain the release of Ellis's own juvenile records. The government is **ORDERED** to do the same as to any other defendant who joined in the motion. As to the rest of the motion, relief is denied at this time for the reasons generally stated by the

government in its opposition, except for this observation: *Brady/Giglio* require, in some instances, that materials be provided in time not only for effective use at trial but also for effective use at suppression hearings and other pre-trial proceedings.

**IT IS SO ORDERED.**

Dated: September 22, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2