IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>REDACTED DEFENDANT NO. 1, et al.,<br><br>  Defendants. | **Case No. CR-05-00167 WHA**<br><br>**[PROPOSED] ORDER BASED ON STIPULATION IN OPEN COURT FOR THE TEMPORARY RELEASE OF CLOTHING** |

GOOD CAUSE APPEARING, based on the stipulation of the parties entered on September 21, 2006, IT IS HEREBY ORDERED THAT:

In order to expedite the expert disclosures by the Don Johnson defense to the Government, the clothing reportedly worn by Jaquain Williams on October 14, 2004, and taken into custody by personnel of the San Francisco Police Department, and which is now in Government custody, may be transmitted to the laboratory operated by Lucien Haag, in Paradise, Arizona. Mr. Haag has been identified by the Don Johnson defense as an expert that the Johnson defense may seek to call as a witness at trial.

The clothing shall be packaged by agents or technicians working for the Government, and will be sent to Mr. Haag's laboratory by a generally accepted means of transmitting forensic evidence in a pending case to a crime laboratory.

1    Mr. Haag will use methods generally accepted in the forensic laboratory science
2 community in his handling of the package of clothing, and of the clothing itself. He will
3 do nothing to intentionally destroy, alter, or damage the clothing evidence during his
4 examination, and will preserve and safeguard the clothing evidence during the time it is in
5 his care, custody, and control.

6    Counsel for Don Johnson will transmit a copy of the underlying Stipulation and of
7 this Order to Mr. Haag forthwith for his signature, and an original of the Stipulation signed
8 by Mr. Haag will be lodged with the Court as soon as counsel for Mr. Johnson receives it
9 from Mr. Haag. Counsel for Mr. Johnson is further instructed to serve a copy of the
10 signed Stipulation on the Government, and on defense counsel.

11    After Mr. Haag has finished his examination of the clothing, and any shooting
12 event reconstruction requiring use of the clothing, the clothing evidence shall again be
13 packaged in a manner generally acceptable in the forensic laboratory sciences community,
14 and in accordance with any specific procedure set forth by the Federal Bureau of
15 Investigation.

16    The clothing shall then be returned via a generally accepted means of conveyance
17 or transportation to the transmitting Government agency.

18    The Court finds that the parties have stipulated that if any of the evidence is lost or
19 damaged, photographs of the clothing taken during the evidence viewing and already
20 produced to defense counsel by the Government can be admitted into evidence at trial
21 without objection on the issue of authenticity, or failure to produce the original evidence.

22    The Court finds that the parties have also agreed that no objection based on defects
23 in the chain of custody shall be raised on the basis that this evidence was transmitted by
24 the Government to Mr. Haag, and by Mr. Haag back to the Government, and that the
25 clothing will have been in Mr. Haag's custody for the time necessary for him to examine

26 //
27 //
28 //

[Proposed] Order Based on Stipulation in Open Court for the Temporary Release of Clothing    2

1 and use in a shooting incident analysis.

2 Dated: __September 26, 2006__

**IT IS SO ORDERED**
Judge William Alsup

5 JUDGE, UNITED STATES
DISTRICT

8 Approved as to form:

10 S/AUSA Richard Cutler for
KRISTA TONGRING, ESQ.
Assistant United States Attorney

18 **<u>CERTIFICATION OF LUCIEN HAAG</u>**

20 I have read this signed Order and agree to be bound by its contents.

22 Dated: _____   _____
                                    LUCIEN HAAG

[Proposed] Order Based on Stipulation in Open Court for the Temporary Release of Clothing    3