IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>Defendants.<br>_____ / | No. CR 05-00167 WHA<br><br>**ORDER SETTING HEARING ON MOTION TO EXCLUDE DRUG IDENTIFICATION TESTIMONY** |

The Court has determined that a hearing is necessary to determine the admissibility of the government's drug identification expert-witness testimony. The hearing will not focus on the qualifications of the government's experts individually. Instead, the hearing will focus on the methods used by the SFPD Crime Lab criminalists when they examined the marijuana and cocaine samples in this case. Each side should be prepared to present evidence and testimony regarding: (1) whether the Crime Lab's methods can or have been tested; (2) the known or potential rate of error of those methods; (3) whether the methods have been subjected to peer review; (4) whether there are standards controlling the techniques' operation; and (5) the general acceptance of the methods within the relevant community. *See United States v. Prime*, 431 F.3d 1147, 1152-1154 (9th Cir. 2005).

The government has failed to turn over "the letter dated June 28, 1995, regarding the 1995 audit of the SFPD Crime Lab" and the "2005 audit report of the Crime Lab," as ordered by the Court on September 7, 2006. In light of that failure, defense counsel may subpoena Crime Lab Manager James Mudge or another appropriate witness and may subpoena the withheld documents, subject to motion to quash by the respondent. In addition, the defense may present an expert witness on the subject of drug identification methods if so desired.

By **OCTOBER 13, 2006**, each side will exchange the names and résumés of the witnesses who will be presented at the hearing. The burden being on the government, the government's witnesses will testify first. The hearing will take place on **MONDAY, OCTOBER 23, 2006**, from **8:00 A.M. TO 1 P.M.** The hearing may continue to **TUESDAY, OCTOBER 24, 2006**, from **8:00 A.M. TO 1 P.M.** if necessary.

**IT IS SO ORDERED.**

Dated: September 26, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2