United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS NOS. ONE & TWO,<br><br>Defendants.<br>_____ / | No. CR 05-00167 WHA<br><br>**ORDER FOR ATTORNEY TAMBURELLO TO RESPOND TO MARSHALS' COMPLAINT** |

Mr. Tony Tamburello shall please submit a declaration setting forth all details relating to the incident described in the appended incident report, including the names of the females involved and a description of the paper and paperback book. Please do so by **NOON ON FRIDAY, SEPTEMBER 29, 2006.**

**IT IS SO ORDERED.**

Dated: September 26, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE