1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

EDGAR DIAZ, RICKEY ROLLINS,
DON JOHNSON, ROBERT CALLOWAY,
DORNELL ELLIS, EMILE FORT,
CHRISTOPHER BYES, PARIS
RAGLAND, RONNIE CALLOWAY,
ALLEN CALLOWAY, and REDACTED
DEFENDANTS NOS. ONE & TWO,

        Defendants.

_____/

No. C 05-00167 WHA

**ORDER PERMITTING LAPTOP
COMPUTER AND PROJECTOR**

     Defendant Diaz's request to bring a laptop computer and projector into the courtroom

for today's *Daubert* hearing is **GRANTED.**

     **IT IS SO ORDERED.**

Dated:  October 10, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE