United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS NOS. ONE & TWO,<br><br>Defendants. | No. CR 05-00167 WHA<br><br>**ORDER SCHEDULING FURTHER SUPPRESSION HEARINGS** |

The new schedule for defendants' suppression motions is as follows:

| | Date | Time | Doc. No. | Defendant |
|---|---|---|---|---|
| 1. | October 16, 2006 | 1:30 p.m. | 611 | Ragland |
| 2. | October 17, 2006 | 10:30 a.m. | 613 | Ragland |
| 3. | October 18, 2006 | 8:00 a.m. | 605 | Diaz (2 motions) |
| 4. | October 18, 2006 | 1:30 p.m. | 589 | Fort |
| 5. | October 18, 2006 | 1:30 p.m. | 606 | Byes |

The government's request that the testimony of San Francisco Police Officer be taken at the 1:30 p.m. hearing on October 18, 2006 is granted.

As stated in the September 28, 2006 order, it is presumed that only the defendant who brought the motion needs to be present at the hearing. If any other defendants and counsel wish to be present, please notify Dawn Toland at 415-522-2020 **AT LEAST 48 HOURS BEFORE THE HEARING.**

**IT IS SO ORDERED.**

Dated: October 10, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2