IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS NOS. ONE & TWO,<br><br>Defendants.<br>  / | No. CR 05-00167 WHA<br><br>**ORDER RE DEATH PENALTY CHALLENGES** |

With respect to the motions challenging the constitutionality of the death penalty or the sufficiency of the notice, replies must be filed by November 29 (not November 22 as previously scheduled). The hearing will be on **DECEMBER 13, 2006, AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: October 11, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE