**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS NOS. ONE & TWO,<br><br>Defendants. | No. CR 05-00167 WHA<br><br>**ORDER REQUESTING BRIEFING AND CONTINUING TIME TO RESPOND TO SUBPOENA** |

Defendants must file any response to the government's motion to quash subpoena, filed on October 17, 2006, by **NOON ON FRIDAY, OCTOBER 20, 2006.**

The deadline to respond to the subpoenas issued in Docket No. 845 is continued to Monday, October 23, 2006. The relevant individuals, however, should be prepared to comply with the subpoenas at **8:00 A.M. ON OCTOBER 23, 2006**.

**IT IS SO ORDERED.**

Dated: October 18, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE