**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-00167 WHA |
| Plaintiff, | |
| v. | **REQUEST** |
| EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS NOS. ONE & TWO, | |
| Defendants. | |

The government will please file a response to defendants "Motion for Inquiry Into the Government's Discovery Plan in View of Upcoming Motions" by **3:00 P.M. ON TUESDAY, OCTOBER 31, 2006.**

**IT IS SO ORDERED.**

Dated: October 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE