1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

EDGAR DIAZ, RICKEY ROLLINS,
DON JOHNSON, ROBERT CALLOWAY,
DORNELL ELLIS, EMILE FORT,
CHRISTOPHER BYES, PARIS
RAGLAND, RONNIE CALLOWAY,
ALLEN CALLOWAY, TERRELL JACKSON
and REDACTED DEFENDANT NO. ONE,

        Defendants.

_____/

No. C 05-00167 WHA

**SCHEDULE FOR
TERRELL JACKSON**

Pursuant to the hearing on October 30, 2006, the following is ordered regarding

defendant Terrell Jackson:

A further status hearing will be held at **8:00 A.M. ON NOVEMBER 29, 2006.**  Prior to that

date, counsel for both sides should meet and confer regarding a proposed schedule for any pre-

trial motions the parties plan to file.  The Court expects substantial progress regarding the

scheduling of pre-trial motions, but defense counsel will not be expected to identify all possible

motions by November 29..

Defendant Jackson must make his death-penalty submission to the Department of Justice

by **MARCH 1, 2007.**

The government must file its final Section 3593(a) notice as to Mr. Jackson by **MAY 14,**

**2007,** if it is going to do so at all.

1     The final pretrial conference is scheduled for **2:00 P.M. ON AUGUST 20, 2007.**

2     Trial will begin at **8:00 A.M. ON SEPTEMBER 17, 2007.**  If the government seeks the

3 death penalty, this date will be extended.

4

5     **IT IS SO ORDERED.**

6

7 Dated:  October 31, 2006

8     WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2