IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, TERRELL JACKSON<br>and REDACTED DEFENDANT NO. ONE,<br><br>    Defendants.<br>                                       / | No. CR 05-00167 WHA<br><br>**ORDER RE STAYED MOTIONS** |

The government shall file its oppositions to the motions stayed pending the Ninth Circuit appeal by **3 P.M. ON NOVEMBER 13, 2006.** To the Court's knowledge, these are Docs. No. 591, 594, 595, 601, 602, 610, and 733. These matters will be heard at **8:00 A.M. ON WEDNESDAY NOVEMBER 15** and **8:00 A.M. ON FRIDAY, NOVEMBER 17.**

**IT IS SO ORDERED.**

Dated: November 2, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE