MICHAEL BURT
600 Townsend Street, Suite 329E
San Francisco, CA 94108
Telephone: (415) 522-1508
Facsimile: (415) 522-1506

Attorney for Defendant
EDGAR DIAZ

FILED
06 NOV -2 PM 1:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> EDGAR DIAZ, et al. </br></br> Defendants. | No.   CR-05-00167-WHA </br></br> [PROPOSED] ORDER PERMITTING COUNSEL TO BRING CAMERA INTO COURTROOM FOR USE DURING *DAUBER*T HEARING |

It is hereby **ordered** that counsel may bring a camera into the courtroom for use during the *Daubert* hearing presently set for November 2, 2006.

DATED  11-2-06

_____
THE HONORABLE WILLIAM H. ALSUP