**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00167 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR ADDITIONAL INFORMATION** |
| EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE, | |
| Defendants. / | |

In addition to the points listed in the Case Management Order dated November 2, 2006, please include a discussion of the following:

During jury selection it will be necessary to ask prospective jurors if they know any of the possible witnesses in the case. While this list may be overinclusive and not reveal the exact fact witnesses the government intends to call, it must at least include those individuals. Given

that these names will be known by the time of the start of jury selection, counsel should address the question of what incremental risk will be presented by disclosure of the redacted names earlier than the start of jury selection.

**IT IS SO ORDERED.**

Dated:  November 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2