**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, TERRELL JACKSON<br>and REDACTED DEFENDANT NO. ONE,<br><br>Defendants.<br>_____/ | No. CR 05-00167 WHA<br><br>**REQUEST FOR REPLY<br>MEMORANDA RE** *BRADY*<br>**ISSUES** |

The Court has read the recent submissions regarding *Brady* and case supervision and requests reply memoranda to be filed by **NOON** on **MONDAY, NOVEMBER 20, 2006**, limited to eight pages without footnotes. (Would Mr. Philipsborn please join in the joint defense reply.) Without limiting the scope of the replies, the Court requests assistance on Question Nos. 1, 2, 3, 4, 6, 7, 8, the Supplemental Question (re jury *voir dire*), and footnote 2 to the joint defense memo. The government's reply should also elaborate in detail on when and how "this Court restricted this inquiry during discovery" (Br. 3) and what "restrictions should be instituted now" (Br. 3).

Dated: November 14, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE