IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

EDGAR DIAZ, RICKEY ROLLINS,
DON JOHNSON, ROBERT CALLOWAY,
DORNELL ELLIS, EMILE FORT, CHRISTOPHER
BYES, PARIS RAGLAND, RONNIE CALLOWAY,
ALLEN CALLOWAY, TERRELL JACKSON and
REDACTED DEFENDANT NO. ONE,

    Defendants.

No. C 05-00167 WHA

**REQUEST RE ALLEGED
*BRADY* MATERIALS**

For *in camera* inspection, the government must submit (under seal) items c, e, f and h on pages 14 and 15 of the joint defense response (Doc. No. 993). (The Court already has the other items from prior submissions.) The public reply brief should address whether all of the items are *Brady* material. Please make the *in camera* submission at the same time as the response memorandum.

Separately, all parties' response should also address the extent to which *United States v. Richter*, 488 F.2d 173, 173–74 (9th Cir. 1973), is still viable.

**IT IS SO ORDERED.**

Dated: November 15, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE