IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>  Defendants.<br>_____/ | No. CR 05-00167 WHA<br><br>**ORDER RESCHEDULING SEVERANCE AND CONTINUANCE MOTIONS** |

Defendants' severance and continuance motions (Docket Nos. 412, 916, 920, 921, 923, 924, 929, 940, 941, 945, 947, 950, 955) will be heard at **1:00 P.M.** on **DECEMBER 6, 2006.** The government's oppositions will be due by **NOON** on **NOVEMBER 30**.

**IT IS SO ORDERED.**

Dated: November 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE