IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, TERRELL JACKSON<br>and REDACTED DEFENDANT NO. ONE,<br><br>    Defendants.<br>                                                              / | No. CR 05-00167 WHA<br><br>**ORDER RE BRIEFING<br>FOLLOWING *DAUBERT*<br>HEARING ON DRUG<br>IDENTIFICATION EXPERT<br>TESTIMONY** |

Following the *Daubert* hearing on the admissibility of drug identification testimony, the parties' briefs, not to exceed twenty-five pages, are due by **NOON** on **WEDNESDAY, NOVEMBER 29.** Reply briefs not to exceed five pages will be due by **NOON** on **FRIDAY, DECEMBER 1**.

The parties' briefs should also include discussion of the following issues:

*First*, when multiple packages of suspected marijuana are received as a single "exhibit" by the SFPD Crime Lab, Ms. Madden testified that samples from all of the packages are subjected to microscopic examination. The Duquenois-Levine color test, however, is only applied to a sample from one of the packages. The parties should address whether this procedure is deficient.

*Second*, the parties should address whether a procedure similar to the one described above is also used for suspected cocaine, or whether that practice is restricted to suspected marijuana samples.

*Third*, the parties should address the fact that Figure 1 in Government Exhibit 23 shows crystals that appear to be different than those Ms. Madden is used to seeing when gold chloride is applied to cocaine.

**IT IS SO ORDERED.**

Dated:  November 22, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE