IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>Defendants.<br>_____/ | No. CR 05-00167 WHA<br><br>**ORDER RE DON JOHNSON'S MOTION TO EXCLUDE EVIDENCE REGARDING DRUG ARREST ON MAY 29, 2004** |

Defendant Johnson's motion to exclude evidence of a May 2004 drug arrest (Docket No. 910), shall be heard with the similar motion filed by defendant Ronnie Calloway (Docket No. 948), on **DECEMBER 12**, rather than December 13. The government's opposition will be due by **NOON** on **DECEMBER 5**.

**IT IS SO ORDERED.**

Dated: November 27, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE