**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   UNITED STATES OF AMERICA,                    No. CR 05-00167 WHA

11          Plaintiff,

12   v.                                           **CASE MANAGEMENT AND
                                                  SCHEDULING ORDER**
13   EDGAR DIAZ, RICKEY ROLLINS,                  **FOLLOWING DECEMBER 2006
     DON JOHNSON, ROBERT CALLOWAY,                HEARING**
14   DORNELL ELLIS, EMILE FORT,
     CHRISTOPHER BYES, PARIS
15   RAGLAND, RONNIE CALLOWAY,
     ALLEN CALLOWAY, TERRELL JACKSON
16   and REDACTED DEFENDANT NO. ONE,

17          Defendants.
                                          /
18

19          Following the hearing on December 6, 2006, the following schedule will apply.

20          Defendants Fort and Diaz's motions to continue the trial are **GRANTED**.  The trial for the

21   three remaining defendants will be at **7:30 A.M.**, on **SEPTEMBER 17, 2007**, subject to future

22   motions to sever.  The final pretrial conference will begin on **AUGUST 6, 2007**, and will

23   continue day-to-day as needed to complete.  The previously set trial date and final pretrial

24   conference dates are vacated.

25                      *              *              *

26          The *Daubert* hearing regarding firearm-identification expert testimony shall resume at

27   **8:00 A.M.** on **JANUARY 22, 2007.**  By **JANUARY 3, 2007**, Mr. Burt must file a written notice

28   indicating whether the defense has acquired a new firearm-identification expert who is prepared

1  to testify on January 22.  If the defense has found a new expert, the résumé of that witness and

2  other foundational materials must be provided to the government by **JANUARY 3.**

3                              *                    *                    *

4          The motions that are still pending will be heard in four stages.

5          **STAGE ONE:**

6          •          Motions relating to the death penalty, except for defendant Diaz's motion to

7                     trifurcate death penalty proceedings (Docket Nos. 923, 924, 969, 970, 971, 965,

8                     975)

9          •          Motion for exculpatory and impeaching materials (*Henthorn* motion) (Docket

10                    No. 914)

11         •          The Court's tentative case management order re government trial disclosure

12                    plan, dated November 22, 2006 (Docket No. 1021)

13         If defendant Jackson is going to join in the above motions, he should do so by **JANUARY**

14  **3, 2007**.  For the Stage One motions, the oppositions must be filed by **NOON** on **JANUARY 3,**

15  **2007.**  Any replies must be filed by **NOON** on **JANUARY 10, 2007.**

16         With respect to the tentative case management order, by **NOON** on **JANUARY 3, 2007**,

17  the parties should brief whether the items listed on pages 14 through 16 of the joint defense

18  response must be disclosed to the defense (Docket No. 993).  As to those items, the parties

19  should also address what is left for the Court to decide in light of the recent guilty pleas.  The

20  hearing on the Stage One issues will be held at **8:00 A.M.** on **JANUARY 16, 2007**.

21         **STAGE TWO:**

22         •          Motion to exclude evidence from Fort jail calls (Docket No. 906)

23         To the extent the motion is applicable to him, if defendant Jackson is going to join in the

24  motion to exclude evidence of jail calls, he should do so by **JANUARY 3, 2007.**  Any new Stage

25  Two motions must be filed by **JANUARY 29, 2007**.  The oppositions will be due by **FEBRUARY**

26  **12, 2007.**  Any replies will be due by **FEBRUARY 20, 2007.**  The motions will be heard on

27  **MARCH 5, 2007**, at **8:00 A.M.**

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  **STAGE THREE:**

2  •      Motion for anonymous jury (Docket No. 964)

3  •      Motion to trifurcate death penalty proceedings (Docket No. 922)

4  •      Any other motions to be filed concerning jury selection and/or composition

5  Any new Stage Three motions must be filed by **APRIL 16, 2007**.  The oppositions will be

6  due by **APRIL 30, 2007.**  Any replies will be due by **MAY 7, 2007**.  These motions will be heard

7  at **8:00 A.M.** on **MAY 21, 2007.**

8  **STAGE FOUR:**

9  •      Motions regarding exclusion of testimony of cooperating witnesses and

10  exclusion of testimony regarding gang membership (Docket Nos. 905, 912)

11  •      Motions to sever (Docket Nos. 412, 920, 921, 955)

12  •      Motions regarding co-conspirator evidence (Docket Nos. 907, 908, 925, 963)

13  •      Motions regarding Rule 404(b) evidence (Docket Nos. 909, 988)

14  •      Motion regarding expert testimony of Toney Chaplin (Docket No. 939)

15  •      Defendant Fort's motions *in limine* (Docket No. 930)

16  •      Other motions *in limine* (Docket Nos. 897, 898, 899, 903)

17  Any new Stage Four motions must be filed by **JULY 2, 2007**.  The oppositions will be

18  due by **JULY 16, 2007.**  Any replies will be due by **JULY 23, 2007**.  These motions will be heard

19  at the final pretrial conference on **AUGUST 6, 2007**.

20                       *            *            *

21  When the Ninth Circuit rules on the pending appeal, the Court will schedule for Stage

22  Three or sooner all of the stayed motions (Docket Nos. 591, 595, 601, 602, 610, 594).

23                       *            *            *

24

25

26

27

28

1    By **NOON** on **JANUARY 3, 2007**, all parties, including defendant Jackson, must file a list

2    of any further motions they intend to file.  The parties should also indicate how their motions

3    will be incorporated into Stages One through Four.  By January 3, the parties are also invited to

4    critique the schedule described above.  The Court may make adjustments.

5

6    **IT IS SO ORDERED.**

7

8    Dated:  December 8, 2006

9    WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

4