KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys
KRISTA TONGRING (NJBN 2739-96)
Trial Attorney, United States Department of Justice

    450 Golden Gate Avenue
    San Francisco, CA 94103
    Telephone: (415) 436-7168, 6959, 6829
    Fax:    (415) 436-7234
    E-mail: david.hall2@usdoj.gov
            william.frentzen@usdoj.gov
            Krista.Tongring3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00167 WHA |
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
|     v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| **REDACTED DEFENDANT NO. 1, et al.,** | ) | |
| | ) | |
|     Defendants. | ) | |

    The above-captioned matter came before the Court on January 24, 2007, for the continuation of the Daubert hearing regarding firearms identification. The defendants, EMILE FORT, EDGAR DIAZ, and TERRELL JACKSON, who were present, were

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**

represented respectively by Michael Satris, Esq., Tony Tamburello, Esq., Michael Burt, Esq., Frank McCabe, Esq., and Frank Bell, Esq., and the government was represented by Philip J. Kearney and William Frentzen, Assistant United States Attorneys, and Krista Tongring, U.S. Department of Justice Trial Attorney. The matter was continued until March 5, 2007, for hearing on stage two motions. The Court made a finding on the record that the time between January 24, 2007, and March 5, 2007 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(B)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based both on the Court's previous ruling declaring the matter complex and the attorneys' needs to effectively prepare the matter, taking into account the exercise of due diligence. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

      The parties hereby agree to and request that the case be continued until March 5, 2007, at 8:00 a.m. and that an exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: 1/24/07            /S/
MICHAEL SATRIS, ESQ.
Counsel for DEFENDANT
EMILE FORT

DATED: 1/24/07            /S/
TONY TAMBURELLO, ESQ.
Counsel for DEFENDANT
EDGAR DIAZ

DATED: 1/24/07            /S/
FRANK MCCABE, ESQ.
Counsel for DEFENDANT
TERRELL JACKSON

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**          2

1  DATED:    1/24/07                    /S/
                                        KRISTA TONGRING
2                                       Trial Attorney, U.S. Department of Justice

3
   SO ORDERED.
4

5
   DATED:   January 25, 2007
6                                       _____
                                        WILLIAM H. ALSUP
7                                       UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup)*

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                     3