IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, TERRELL JACKSON<br>and REDACTED DEFENDANT NO. ONE,<br><br>    Defendants.<br>                                              / | No. C 05-00167 WHA<br><br>**ORDER SETTING DEADLINE<br>TO RETURN THIRD<br>SUPERSEDING INDICTMENT** |

On January 3, 2007, the government indicated that "in the next few weeks" it would decide whether to supersede the indictment (Docket No. 1092 at 14). If the government has decided to supersede, a third superseding indictment must be filed by **MARCH 9, 2007**.

**IT IS SO ORDERED.**

Dated:  February 13, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE