United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

EDGAR DIAZ, RICKEY ROLLINS,
DON JOHNSON, ROBERT CALLOWAY,
DORNELL ELLIS, EMILE FORT,
CHRISTOPHER BYES, PARIS
RAGLAND, RONNIE CALLOWAY,
ALLEN CALLOWAY, TERRELL JACKSON
and REDACTED DEFENDANT NO. ONE,

    Defendants.

No. C 05-00167 WHA

**CLARIFYING ORDER RE FIREARMS IDENTIFICATION**

In the recent firearms order dated February 12, 2007, the Court stated that the government's expert testimony would be limited in its "case in chief." More precisely, it should have stated "direct testimony during its case in chief," leaving open and flexible the scope of the expert's answers on cross-examination should the defense "open the door."

**IT IS SO ORDERED.**

Dated: February 14, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE