IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>Defendants. | No. CR 05-00167 WHA<br><br>**REQUEST FOR CLARIFICATION** |

By **NOON** on **TUESDAY, FEBRUARY 27**, defendants must file a detailed list of the statements they are challenging and the reasons those statements are being challenged. Defendants may not simply state that they are moving to exclude the statements that Mr. Johnson listed in his motion for the reasons Mr. Johnson set forth. Any response by the government is due by **NOON** on **FRIDAY, MARCH 2.**

**IT IS SO ORDERED.**

Dated: February 23, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE