IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>Defendants.<br>_____/ | No. CR 05-00167 WHA<br><br>**NOTICE RE HEARING ON DEFENDANT FORT'S COMMUNICATIONS** |

For the March 13 hearing, counsel for both sides should each select four or five representative communications or scenarios for discussion. The Court hopes that focusing discussion on a few representative statements will help to sort out the 48 challenged communications.

**IT IS SO ORDERED.**

Dated: March 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE