SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys
KRISTA TONGRING (NJBN 2739-96)
Trial Attorney, United States Department of Justice

    450 Golden Gate Avenue
    San Francisco, CA 94103
    Telephone: (415) 436-7168, 6959, 6829
    Fax:    (415) 436-7234
    E-mail: david.hall2@usdoj.gov
        william.frentzen@usdoj.gov
        Krista.Tongring3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>**REDACTED DEFENDANT NO. 1, et al.**,<br>    Defendants. | Criminal No. CR 05-00167 WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME** |

    The above-captioned matter came before the Court on March 13, 2007, for the motion hearing regarding the exclusion of jail phone calls and other communications. The defendants, EMILE FORT, EDGAR DIAZ, and TERRELL JACKSON, who were

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00167 WHA**

|   |   |
|---|---|
| 1 | present, were represented respectively by Michael Thorman, Esq., Tony Tamburello, Esq., and Frank McCabe, Esq., and the government was represented by William Frentzen |
| 2 | and C. DAVID HALL, Assistant United States Attorneys, and Krista Tongring, U.S. |
| 3 | Department of Justice Trial Attorney. The matter was continued until March 31, 2007, |
| 4 | for hearing on stage three motions. The Court made a finding on the record that the time |
| 5 | between March 13, 2007, and August 6, 2007, which is the date of the Final Pretrial |
| 6 | Conference, should be excluded under the Speedy Trial Act, 18 U.S.C. § |
| 7 | 3161(h)(3)(B)(8)(A), because the ends of justice served by taking such action outweighed |
| 8 | the best interest of the public and the defendant in a speedy trial. That finding was based |
| 9 | both on the Court's previous ruling declaring the matter complex and the attorneys' needs |
| 10 | to effectively prepare the matter, taking into account the exercise of due diligence. That |
| 11 | finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). |

The parties hereby agree to and request that the case be continued until March 31, 2007, at 8:00 a.m. and that an exclusion of time until be granted until August 6, 2007. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: 3/20/07       /S/
                     MICHAEL THORMAN, ESQ.
                     Counsel for DEFENDANT
                     EMILE FORT

DATED: 1/24/07       /S/
                     TONY TAMBURELLO, ESQ.
                     Counsel for DEFENDANT
                     EDGAR DIAZ

DATED: 1/24/07       /S/
                     FRANK MCCABE, ESQ.
                     Counsel for DEFENDANT
                     TERRELL JACKSON

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                     2

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 3/20/07 | /S/ |
| 3 | | KRISTA TONGRING<br>Trial Attorney, U.S. Department of Justice |
| 4 | SO ORDERED. | |

DATED: March 21, 2007

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**              3