TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Phone:    (415) 431-4500
Facsimile:(415) 255-8631
E-mail: ttduboce@mindspring.com

MICHAEL BURT
LAW OFFICES OF MICHAEL BURT
600 Townsend Street, Suite 329-E
San Francisco, CA 94103
(415) 522-1508

Attorneys for Defendant
EDGAR DIAZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR05-00167-WHA |
| Plaintiff, | [PROPOSED] ORDER FOR MR. EDGAR DIAZ TO HAVE A MEDICAL EYE EXAMINATION |
| v. | |
| EDGAR DIAZ, et al., | |
| Defendant. | |

Good cause having been shown:

The United States Marshal and/or the Sheriff of Alameda County is ordered to arrange for Mr. Edgar Diaz to have a medical eye examination as soon as possible.

Dated: May 8, 2007.

IT IS SO ORDERED
Judge William Alsup

_____
JUDGE, WILLIAM H. ALSUP

C:\Wp60\Wp60\FD\OrderEyeExam.DIAZ.wpd