IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, TERRELL JACKSON<br>and RAYMON MILBURN,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. CR 05-00167 WHA<br><br>**ORDER VACATING DATES AND SCHEDULING HEARING** |

　　　　The following dates are hereby **VACATED**: motion hearing on May 21, 2007; pretrial conference on August 6, 2007; and trial on September 17, 2007.  All parties must appear for a further status conference on **JULY 9, 2007**, at **3:00 P.M.**

　　　　**IT IS SO ORDERED.**

Dated: May 15, 2007.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE