| | |
|---|---|
| 1 | SCOTT SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | C. DAVID HALL (CSBN 66081)<br>WILLIAM FRENTZEN (LABN 24421) |
| 5 | Assistant United States Attorneys<br>KRISTA TONGRING (NJBN 2739-96) |
| 6 | Trial Attorney, United States Department of Justice |
| 7 | 450 Golden Gate Avenue<br>San Francisco, CA 94103 |
| 8 | Telephone: (415) 436-7168, 6959, 6829<br>Fax:   (415) 436-7234 |
| 9 | E-mail: david.hall2@usdoj.gov<br>    william.frentzen@usdoj.gov |
| 10 |     Krista.Tongring3@usdoj.gov |
| 11 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00167 WHA |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| **RAYMON MILBURN, et al.,** | ) | |
| Defendants. | ) | |

The above-captioned matter came before the Court on May 15, 2007, for the a status conference. The defendants, RAYMON MILBURN, EMILE FORT, EDGAR DIAZ, and TERRELL JACKSON, who were present, were represented respectively by

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**

1 | Michael Greley, Esq., Lynne Coffin, Esq., Michael Thorman, Esq., Michael Satris, Esq.,
2 | Tony Tamburello, Esq., Michael Burt, Esq., and Frank McCabe, Esq., and the
3 | government was represented by C. David Hall and William Frentzen, Assistant United
4 | States Attorneys, and Krista Tongring, U.S. Department of Justice Trial Attorney. The
5 | matter was continued until July 9, 2007 for a status conference. The Court made a
6 | finding on the record that the time between May 15, 2007 and July 9, 2007 should be
7 | excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(B)(8)(A), because the ends
8 | of justice served by taking such action outweighed the best interest of the public and the
9 | defendant in a speedy trial. That finding was based both on the Court's previous ruling
10 | declaring the matter complex, the existence of a new defendant and counsel, and the
11 | attorneys' needs to effectively prepare the matter, taking into account the exercise of due
12 | diligence. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until July 9, 2007, at 3:00 p.m. and that an exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED:   5/15/07            _____/S/_____
                            MICHAEL GRELEY, ESQ.
                            Counsel for DEFENDANT
                            RAYMON MILBURN

DATED:   5/15/07            _____/S/_____
                            MICHAEL THORMAN, ESQ.
                            Counsel for DEFENDANT
                            EMILE FORT

DATED:   5/15/07            _____/S/_____
                            TONY TAMBURELLO, ESQ.
                            Counsel for DEFENDANT
                            EDGAR DIAZ

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00167 WHA                              2

| | | |
|---|---|---|
| 1 | DATED: 5/15/07 | /S/ |
| 2 | | FRANK MCCABE, ESQ.<br>Counsel for DEFENDANT |
| 3 | | TERRELL JACKSON |
| 4 | DATED: 5/15/07 | /S/ |
| 5 | | KRISTA TONGRING<br>Trial Attorney, U.S. Department of Justice |

SO ORDERED.

DATED: May 16, 2007.

*IT IS SO ORDERED*
*Judge William Alsup*

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 05-00167 WHA                 3