IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMON MILBURN, EDGAR DIAZ, and EMILE FORT,<br><br>Defendants.<br>                                                                  / | No. CR 05-00167 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT MILBURN'S REQUEST TO AMEND MOTION SCHEDULE** |

      The Milburn motion to amend the rescheduling order is hereby **GRANTED IN PART AND DENIED IN PART**.  Any motion to suppress, to exclude or to attack the indictment, the grounds of which defense counsel already has fair notice, must be brought on the original schedule.  Any motion as to which discovery has been timely requested and discovery denied can be brought in Stage Two — but only as to issues on which discovery has been so requested and denied. Counsel, moreover, must be diligent to seek relief from allegedly wrongful withholding of discovery.

      **IT IS SO ORDERED.**

Dated:  April 22, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE