IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMON MILBURN, EDGAR DIAZ, and EMILE FORT,<br><br>Defendants.<br>_____/ | No. CR 05-00167 WHA<br><br>**ORDER GRANTING DEFENDANT MILBURN'S REQUEST TO COMPEL RESPONSE TO ORDER RE BILL OF PARTICULARS** |

Defendant Milburn filed a motion for a bill of particulars in September 2007. An order dated October 14, 2007, required the government to provide the following (Dkt. No. 1309 at 8–9):

1. With respect to Count One, Overt Act 44/Count Three, Overt Act 33, unless the government moves to postpone the disclosure and provides good cause, the government must identify the name of the witness.

2. With respect to Count Two, if the government intends to prove the narcotics-dealing allegations against Mr. Milburn by showing that he dealt drugs directly, it must supply the dates of such sales as well as the types and quantities of drugs sold.

3. With respect to Count Two, Racketeering Act 20/Count Twelve, the government should provide further details on how Mr. Milburn participated in the unlawful killing of Kenya Taylor.

4. With respect to Count Two, Racketeering Act 21/Count Thirteen, the government should provide the correct date of Antoine Morgan's murder and how Mr. Milburn participated in the murder.

5. With respect to Counts Sixty-Nine and Seventy, if the government knows the types of firearms used in the crimes of violence, it should provide that information.

The government has not yet complied. Defendant Milburn now requests that the government be ordered to comply with the order by May 27, 2008. The motion is **GRANTED**. The government shall disclose the information to the defense by the requested date.

**IT IS SO ORDERED.**

Dated: April 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE