United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAYMON MILBURN, EDGAR DIAZ, and
EMILE FORT,

Defendants.

_____/

No. CR 05-00167 WHA

**ORDER DENYING
DEFENDANTS' REQUEST TO
COMPEL GOVERNMENT
SUBPOENAS OF *BRADY*
WITNESSES**

Defendants request that the Court order immediate compliance with the order dated February 8, 2008, to subpoena *Brady* witnesses (Dkt. No. 1347). Specifically, defendants ask that the government be ordered to subpoena all witnesses with *Brady* information now or within the next thirty (30) days and that the witnesses advise the government of any changes of address. They further request that the government file a return to the February 2008 order by a certain date demonstrating compliance. The motion is **DENIED**. The February 2008 order lays out in sufficient detail what the government must do to comply with its *Brady* obligations.

**IT IS SO ORDERED.**

Dated: May 2, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE