IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAYMON MILBURN, EDGAR DIAZ, and EMILE FORT,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. CR 05-00167 WHA<br><br>**TENTATIVE ORDER RE STAGE ONE DISCOVERY HEARING ON MAY 5, 2008** |

　　　　For the motions to which the government contends that it did not have an opportunity to respond, the government's opposition is due on **FRIDAY, MAY 9, 2008**, at **4:00 P.M.** Defendants' replies are due the following **FRIDAY, MAY 16, 2008**, at **4:00 P.M.** The next hearing for the continuation of Stage One motions is set for **MAY 28, 2008**, at **3:00 PM.**

　　　　The government must also provide to the defense the following information by **FRIDAY, MAY 9, 2008**, at **4:00 P.M.** — tape recordings of conversations made at the SFPD, notes taken by FBI agents during conversations with defendants, warrant applications, and gang files related to the victims. The motion requesting the prompt disclosure of statements made by co-conspirators is **DENIED**. The government must produce co-conspirator statements pursuant to Rule 16 by **SEPTEMBER 22, 2008.** With respect to the motion to compel designation of overt and racketeering acts, the motion is **DENIED** in favor of the procedure described at the hearing.

The government is ordered (without prejudice) to identify the top 24 overt and racketeering acts within 30 days. Comments and corrections are due on **TUESDAY, MAY 6, 2008**, otherwise these rulings will stand.

**IT IS SO ORDERED.**

Dated: May 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE