IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00167 WHA |
| Plaintiff, | |
| v. | **ORDER RE STAGE ONE DISCOVERY HEARING ON MAY 5, 2008** |
| RAYMON MILBURN, EDGAR DIAZ, and EMILE FORT, | |
| Defendants. / | |

The following is an amended order to the tentative order issued on May 5, 2008 (Dkt. No. 1431). For the motions to which the government contends that it did not have an opportunity to respond, the government's opposition is due on **FRIDAY, MAY 9, 2008**, at **4:00 P.M.** Defendants' replies are due the following **TUESDAY, MAY 20, 2008**, at **4:00 P.M.** The next hearing for the continuation of Stage One motions is set for **MAY 28, 2008**, at **3:00 PM.**

The government must also provide to the defense the following information by **FRIDAY, MAY 9, 2008**, at **4:00 P.M.**: the list of speakers on the Gregory Jackson tapes, if it has not already been provided, or the Bates numbers where the list can be found, if it has been provided; recordings, notes, or reports of statements of the defendants made to the investigating agencies, including SFPD and FBI agents; warrants, warrant applications, and returns of executed warrants concerning the defendants; gang files related to the victims; and reports of tests material to the defense. With respect to tests and examinations conducted as part of the investigation of the homicide of Charles Pettus, the government shall submit those tests and

examinations to the Court for determination of their materiality to the defense by **FRIDAY, MAY 16, 2008**, at **4:00 P.M.** The defense can make a proffer to the Court as to materiality should it elect to do so by **FRIDAY, MAY 23, 2008**, at **4:00 P.M.** The government is ordered to review the file related to the investigation of the Charles Pettus homicide to determine whether the government's informant(s) in this case made statements to, witnessed, or was considered a suspect by the SFPD, and to report the status of that review in writing to the defense by **FRIDAY, MAY 23, 2008**, at **4:00 P.M.** The motion requesting the prompt disclosure of statements made by co-conspirators is **DENIED**. The government must produce co-conspirator statements pursuant to Rule 16-1(c)(4) by **SEPTEMBER 22, 2008.** With respect to the motion to compel designation of overt and racketeering acts, the motion is **DENIED** in favor of the procedure described at the hearing. The government is ordered (without prejudice) to identify the top 24 overt and racketeering acts within 30 days.

**IT IS SO ORDERED.**

Dated: May 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2