IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMON MILBURN, EDGAR DIAZ, and EMILE FORT,<br><br>Defendants. | No. CR 05-00167 WHA<br><br>**ORDER RE EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENAS** |

      The Court has just granted Attorney John Grele's ex parte application for issuance of subpoenas. Pursuant to the Court's order issued on May 30, 2008 (Dkt. No. 1468), the parties were ordered to meet and confer by June 5, 2008, regarding the Gang Task Force files. If the parties were unable to resolve the matter by then, the order set an evidentiary hearing for June 23, 2008. The order stated that defense counsel were responsible for subpoenaing all officers needed.

      Since that order, the parties have met and conferred and were unable to resolve the question of the alleged destruction of the Gang Task Force files. That was some time ago, completed by June 5. Defense counsel John Grele then filed an ex parte application for the issuance of subpoenas. Although the Court has granted the ex parte application the day after it was filed, the Court is disappointed that counsel waited until June 17, 2008, six days before the evidentiary hearing, to make such a request. It is foreseeable that the delay in seeking these

subpoenas will result in the inability of witnesses to attend the evidentiary hearing. That the Court has approved the request for subpoenas does not mean that the Court will excuse the delay and postpone the hearing.

**IT IS SO ORDERED.**

Dated: June 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE