IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYMON MILBURN, EDGAR DIAZ, and EMILE FORT,<br><br>    Defendants. | No. CR 05-00167 WHA<br><br>**ORDER RE HEARING SET FOR JUNE 23, 2008** |

The government was ordered to produce notes of defendants' statements made to investigating agencies (including SFPD and FBI agents), the requested information relating to the Charles Pettus homicides, the list of speakers on the Gregory Jackson tapes, and gang files on victims (Dkt. No. 1433). The defense represents that these items have not been adequately produced. The government should bring to the June 23 hearing any and all items requested. It should also be prepared to address the destruction of any requested materials.

**IT IS SO ORDERED.**

Dated: June 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE