1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,                        No. CR 05-00167 WHA

11                Plaintiff,

12                                                     **ORDER RE HEARING ON**
                                                       **JUNE 23, 2008**
13        v.

14    RAYMON MILBURN, EDGAR DIAZ, and
      EMILE FORT,
15
                  Defendants.
16                                               /

17

18        The hearing set for June 23, 2008, addressed defendants' Stage Two motions and

19   matters that were not resolved after the meet and confer by June 5, 2008.  The parties discussed

20   whether or not the government properly provided notes of defendant Raymon Milburn's

21   statements, the Charles Pettus homicide, the speakers on the Gregory Jackson Tapes, and gang

22   files on victims.

23        With respect to the notes of Mr. Milburn's statements, the government has stated that

24   there are no notes.  Based on the government's representation, this order finds that the

25   government has complied with this request.

26        The government was also ordered to submit information regarding the homicide of

27   Charles Pettus.  At the hearing, the government agreed to provide reports regarding ballistics

28   and Pettus' autopsy.  The government had also previously been ordered to review and report on

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1   the file relating to the Pettus homicide investigation to identify potential suspects.  This

2   information must be provided to the defense by **JUNE 30, 2008**.

3          The government should have produced a list of speakers on the Gregory Jackson tapes.

4   The government has represented that it has provided all the speakers that can be identified.

5   Accordingly, this order finds that the issue is moot as the government is in compliance.

6          Finally, the government was ordered to provide gang files on victims.  At the hearing,

7   the government represented that they spoke (on June 23) to Lieutenant Ferrando and discovered

8   there were some victim gang files in existence.  To give the government more time to

9   investigate and provide the requested information, this matter will be continued with the

10  concurrence of defense counsel.  The government must submit by **JUNE 30, 2008**, a report to the

11  Court and defendants on what it will turn over with respect to the gang files on victims.  If this

12  matter is unresolved by **JULY 7, 2008**, an evidentiary hearing will be held on **JULY 14, 2008**, at

13  **1:00 P.M.**  All subpoenaed witnesses must return then.  Defense counsel must advise the

14  witnesses concerning any need to return on the July 14th.

15         The government is also ordered to comply with the bill of particulars by **JUNE 30, 2008.**

16  This refers to: (i) the name of the deceased co-conspirator for whom the deaths of Kenya Taylor

17  and Antoine Morgan were ordered to avenge; (ii) the name of the rival gang that Kenya Taylor

18  and Antoine Morgan were suspected of helping; (iii) the type of handgun Edgar Diaz was

19  alleged to have possessed in the killing of Kenya Taylor, and the means by which Edgar Diaz

20  "assisted in the shooting" of Kenya Taylor; (iv) the exact date, time, and location of the robbery

21  of Prentiss Belton III; and (v) whether Edgar Diaz is believed to have brandished a weapon in

22  the robbery of Prentiss Belton III.

24         **IT IS SO ORDERED.**

26  Dated:  June 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2