MICHAEL P. THORMAN, SBN 063008
Bonjour, Thorman, Baray & Billingsley
24301 Southland Dr. Ste 312
Hayward, CA 94545
Telephone:   (510) 785-8400
Facsimile:   (510) 670-0955
Email:       michael@btbandb.com

MICHAEL SATRIS, 067413
Law Offices of Michael Satris
Post Office Box 337
Bolinas, CA 94924
Telephone:   (415) 868-9209
Facsimile:   (415) 868-2658
Email:       satris@sbcglobal.net

Attorneys for Defendant Emile Fort

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>RAYMON MILBURN, et al.,<br><br>    Defendants. | No. CR 05-00167 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING DATE** |

    1.    Counsel for Emile Fort having a scheduling conflict concerning the motion hearing date set for 1:00 p.m. on August 6, 2008, all parties stipulate and agree that that hearing be continued to August 18, 2008, at 9:00 a.m., which is the first day that all counsel are available to appear consistent with the Court's calendar.

///

///

///

///

1

2. This continuance will not cause any running of time pursuant to the Speedy Trial Act, nor cause a new date to be utilized.

DATED:     August 1, 2008

                                   Respectfully submitted,

MICHAEL P. THORMAN
MICHAEL SATRIS

    /s/     *Michael Satris*
Attorneys for Emile Fort


    /s/
TONY TAMBURELLO
MICHAEL BURT
Attorneys for Edgar Diaz


    /s/
JOHN R. GRELE
LYNNE COFFIN
Attorneys for Raymond Milburn


    /s/
JOSEPH P. RUSSONIELLO
C. DAVID HALL
Attorneys for Plaintiff
United States of America


IT IS SO ORDERED.

DATED: __August 4_____, 2008

WILLIAM ALSUP
United States District Judge