IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMON MILBURN, EDGAR DIAZ, and EMILE FORT,<br><br>Defendants.<br>_____ / | No. CR 05-00167 WHA<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENAS DECUS TECUM** |

Mr. Milburn has made an ex parte request for subpoenas, evidently in aid of a motion to suppress. This order approves issuance of the subpoenas without prejudice to a motion for a protective order by respondents thereto or by the government. The Court also notes that the scheduling order dated February 20, 2008, required that motions regarding suppression of evidence be brought as part of Stage One motions, the opening briefs of which were due by March 31, 2008 (Dkt. No. 1356). It would appear that the subpoenas are in aid of an untimely suppression motion. Nonetheless, subpoenas may be issued without prejudice to the timeliness issue.

**IT IS SO ORDERED.**

Dated: August 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE