IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No. CR 05-0167 WHA |
| v. | | |
| RAYMON MILBURN, EDGAR DIAZ, and EMILE FORT, | | **INQUIRY** |
| Defendants. | / | |

     To avoid having to cancel out of a circuit obligation on November 3, 2008, the Court inquires through this notice whether the parties expect approval of the pending plea agreements before November 3. Without question, our court date of November 3 (final pretrial conference) will go forward as set unless all pleas are entered beforehand. However, the undersigned judge needs to commit, no later than September 26, to travel arrangements if he is to attend his circuit obligation. Counsel are requested to advise by **NOON ON SEPTEMBER 23**.

Dated: September 18, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE