1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                     No. CR 05-00167 WHA

11          Plaintiff,

12     v.                                          **ORDER DENYING MOTION
                                                   FOR CONTINUANCE AND**
13   RAYMON MILBURN, EDGAR DIAZ,                    **MOTION TO STRIKE DEATH**
     and EMILE FORT,                               **PENALTY NOTICE**
14

15          Defendants.
                                          /
16

17          The government gave notice of intent to seek the death penalty long ago.  That was

18   sufficient to satisfy the statutory requirement.  The fact that Main Justice in Washington has

19   taken an inordinate amount of time to approve the negotiated plea agreements does not change

20   the fact that notice was properly given long ago.  Therefore, defendants have no basis to

21   challenge the adequacy of the notice merely because of a delay in approval of the plea

22   agreements.

23          With respect to defendants' motion for a continuance, the asserted ground is also the

24   delay at Main Justice in signing the application to enter plea agreements.  That, however, is not

25   a basis for a continuance.  This case has been set for trial on November 17, 2008, since July

26   2007, and the case has been pending much longer.  Defense counsel have had ample

27   opportunity to prepare, and have made a multitude of filings which have swollen the docket in

28   this case to the largest file in the clerk's office (in all probability).  The CJA funding spent in

     preparation for this trial has been one of the largest amounts of any case in the history of this

**United States District Court**
For the Northern District of California

1   district.  The grounds asserted for a continuance are not persuasive.  Therefore, the motion for a

2   continuance is **DENIED**.

3          Defendants also submitted an administrative motion to file under seal several

4   declarations in support of their motion for a continuance.  Defendants request to file those

5   documents under seal is hereby **GRANTED**.

6

7          **IT IS SO ORDERED.**

8

9   Dated: September 23, 2008

10                                                        WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California