1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys
   KRISTA TONGRING (NJBN 2739-96)
6  Trial Attorney, United States Department of Justice
   KIMBERLY HOPKINS (MABN 668608)
7  Paralegal, United States Attorney's Office

8     450 Golden Gate Avenue
      San Francisco, California 94102
9     Telephone: (415) 436-7168
      Facsimile: (415) 436-7234
10

11
   Attorneys for Plaintiff
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                           SAN FRANCISCO DIVISION

16
   UNITED STATES OF AMERICA,        )   No. CR 05-0167 WHA
17                                  )
          Plaintiff,                )   STIPULATION AND [PROPOSED]
18                                  )   ORDER EXCLUDING TIME AND
       v.                           )   SETTING NEW ALL-INCLUSIVE
19                                  )   SCHEDULE
   EDGAR DIAZ, and EMILE FORT,      )
20                                  )
          Defendants.               )
21 _____ )

22

23      The above-captioned matter came before the Court on November 4, 2008, for

24 status. The defendants, EMILE FORT and EDGAR DIAZ, who were present, were

25 represented respectively by Michael Thorman, Michael Burt, and Tony Tamburello, and

26 the government was represented by David Hall, Assistant United States Attorney, and

27 Krista Tongring, Trial Attorney, United States Department of Justice   The case was set for

28 **STIPULATION AND [PROPOSED]
   ORDER EXCLUDING TIME
   CR 05-00167 WHA**

1  the Court to consider the parties proposed change in schedule regarding the jury trial and
2  remaining discovery schedule. The case is currently set for jury trial to begin on
3  November 17, 2008, at 8:30 a.m. for Voir Dire and January 12, 2009, for opening
4  statements and evidence. There has been a previously set schedule of different dates for
5  different remaining discovery obligations. The parties proposed and the Court agreed to a
6  new schedule which supercedes any and all previous scheduling by the Court. The voir
7  dire will still begin on November 17, 2009, and will continue on a daily schedule set by
8  the Court until a jury and six alternates are selected. There will be no hearings on
9  November 26 and 28, 2008. The government will complete all outstanding discovery
10 obligations by January 12, 2009. The government shall also file its witness and exhibit
11 lists by January 12, 2009. Opening statements and evidence shall begin on February 23,
12 2009.
13     The Court made a finding on the record that the time between November 4, 2008,
14 and February 23, 2009 should be excluded under the Speedy Trial Act, 18 U.S.C. §
15 3161(h)(3)(B)(8) and Federal Rule of Criminal Procedure 5.1, because the ends of justice
16 served by taking such action outweighed the best interest of the public and the defendant
17 in a speedy trial. That finding was based on the defendant's request for additional time to
18 prepare for trial and review discovery material provided by the government, as well as
19 time to insure the effective preparation of counsel. Counsel for the defendant indicated a
20 need for additional time to adequately prepare the matter, taking into account the exercise
21 of due diligence. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
22 ///
23 ///
24 ///
25 ///
26 ///
27
28
**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**              2

|   |   |
|---|---|
| 1 | The parties hereby agree to and request that the case is to be scheduled as follows: Voir Dire will begin on November 17, 2009, to continue on a daily schedule set by the Court until a jury and six alternates are selected.  There will be no hearings on November 26 and 28, 2008.  The government will complete all outstanding discovery obligations by January 12, 2009.  The government shall also file its witness and exhibit lists by January 12, 2009.  Opening statements and evidence shall begin on February 23, 2009. |

The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 11/4/08
/S/
MICHAEL THORMAN, ESQ.
Counsel for DEFENDANT
EMILE FORT

DATED: 11/4/08
/S/
MICHAEL BURT, ESQ.
Counsel for DEFENDANT
EDGAR DIAZ

DATED: 11/4/08
/S/
C. DAVID HALL
Assistant United States Attorney

SO ORDERED.

DATED: November 5, 2008

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

The Court approves the proposed order with the following amendment.  In addition to the schedule set forth above, a further pre-trial conference will be held February 9, 2009, at 2:00 p.m.

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00167 WHA**                3