United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                         No. CR 05-00167 WHA

          Plaintiff,

  v.                                              **ORDER RE FIRST SET OF
                                                  STIPULATED VOIR DIRE
                                                  STRIKES**
EDGAR DIAZ and EMILE FORT,

          Defendants.
_____/

        The Court's September 16 final order re jury selection instructed the parties to meet-

and-confer at least five calendar days before the call-in date for groups of venirepersons in

order to agree on which may be stricken for cause based on their questionnaire responses and to

notify the Court as to which can be excused by stipulation.  Counsel were given the names of 65

potential jurors and the questionnaire responses of those jurors.  On November 12, 2008, the

parties submitted, under seal, a list of 12 potential jurors who, both sides agreed, should be

excused for cause.  The Court hereby finds cause to excuse those venirepersons under the

standards of *Wainwright v. Witt*, 469 U.S. 412 (1985), and *Morgan v. Illinois*, 504 U.S. 719

(1992).

        **IT IS SO ORDERED.**

Dated:  November 13, 2008

                                          _____
                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28