```
 1  TONY TAMBURELLO, SBN: 46037
    LAW OFFICE OF TONY TAMBURELLO
 2  214 Duboce Avenue
    San Francisco, California 94103
 3  Phone:    (415) 431-4500
    Facsimile:(415) 255-8631
 4  E-mail: ttduboce@mindspring.com

 5  MICHAEL BURT, SBN: 83377
    LAW OFFICES OF MICHAEL BURT
 6  600 Townsend Street, Suite 329-E
    San Francisco, CA 94103
 7  Phone:    (415) 522-1508
    Facsimile:(415) 522-1506
 8
    Attorneys for Defendant
 9  EDGAR DIAZ
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR05-00167-WHA |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING SENTENCING** |
| EDGAR DIAZ et al., | ) **DATE** |
| Defendants. | ) |

Mr. Diaz is currently scheduled to be sentenced on January 27, 2009 at 2:00p.m. A scheduling conflict has arisen because Mr. Burt and Ms. Pemberton have an out of state court appearance. All members of the defense team wish to all be present at the time of Mr. Diaz's sentencing. Likewise Mr. Diaz has requested that we all be present.

-1- C:\Wp60\Wp60\FD\Stip&OrderContSentencingDate.DIAZ.wpd

I have discussed the matter of continuing the sentencing date to January 20, 2009 at 2:00p.m. A one week advancement of the sentencing date is agreeable with both Mr. Hall and the Probation Officer Cheryl Simone.

Therefore it is respectfully requested that the court order a new sentencing date of January 20, 2009.

Dated: December 15, 2008

Respectfully Submitted,
MICHAEL BURT
TONY TAMBURELLO

/S/Tony Tamburello
ATTORNEYS FOR EDGAR DIAZ

JOSEPH P. RUSIONELLO
C. DAVID HALL

/S/C. David Hall
ATTORNEYS FOR THE
UNITED STATES OF AMERICA

IT IS SO ORDERED.

Dated: December 16, 2008

IT IS SO ORDERED
Judge William Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

-2- C:\Wp60\Wp60\FD\Stip&OrderContSentencingDate.DIAZ.wpd