BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6970
    Fax: (415) 436-6570
    Email: Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ,<br><br>    Defendant. | CASE NO. CR 05-00167-003 WHA<br><br>STIPULATION TO TURN OVER FUNDS FROM BUREAU OF PRISONS INMATE TRUST ACCOUNT<br><br>Date: May 10, 2016<br>Time: 2:00 p.m.<br>Judge: The Hon. William Alsup<br>Location: Courtroom 8, 19th Floor |

        Plaintiff United States of America ("Plaintiff") and Defendant Edgar Diaz ("Defendant"), by and through their respective counsel, enter into this stipulation based on the following facts:

**RECITALS**

        A.    On January 20, 2009, Defendant pleaded guilty to Conspiracy to Participate in a Racketeer Influenced and Corrupt Organization under 18 U.S.C. § 1962(d), and was ordered to pay $7,800.00 in restitution and a $100.00 special assessment. The restitution is owed joint and severally with co-defendants. As of May 2, 2016, the balance due on the debt is $1,068.31 and interest accrues at a rate of $ 0.02 per day.

STIPULATION TO TURN OVER FUNDS FROM  BOP INMATE TRUST ACCOUNT
CR 05-00167-003 WHA

1

1  B. Defendant is currently serving a forty year sentence at FCI Bennetsville in Bennetsville, SC.

C. Defendant owns or has a significant interest in funds in the approximate amount of $5,367.82 held in his Bureau of Prisons ("BOP") Inmate Trust Account.

D. The U.S. Attorney's Office received information that, as of March 11, 2016, Defendant had a balance of $5,367.82 in his inmate trust account.

E. Plaintiff maintains that it is entitled to seek an order requiring turnover of funds held in Defendant's BOP inmate trust account for payment toward his outstanding restitution obligation pursuant to 18 U.S.C. §§ 3613(a) and 3664(n).

F. On March 30, 2016, Plaintiff filed its Motion for Order Requiring Turn Over of Funds Held in Defendant's Bureau of Prisons Inmate Trust Account. On April 19, 2016, a hearing was held before The Hon. William Alsup, who continued the hearing to May 10, 2016.

G. Plaintiff and Defendant have agreed that approximately $1,068.31 plus interest at a rate of $ 0.02 for each day after May 2, 2016 can be turned over and applied to his outstanding restitution obligation.

**STIPULATION**

Based on the foregoing recitals, the parties stipulate and agree as follows:

1. The United States agrees that the Motion for Order Requiring Turnover of Funds Held in Defendant's Bureau of Prisons Inmate Trust Account may be withdrawn and the hearing date vacated.

2. The parties agree that approximately $1,068.31 plus interest at a rate of $ 0.02 for each day after May 2, 2016 can be turned over from Defendant's BOP inmate trust account and applied to his outstanding restitution obligation.

3. The parties agree that the Court may order the Bureau of Prisons to turn over to the Clerk of the Court, and the Clerk of the Court shall accept inmate trust account funds in the amount of $1,068.31 plus interest accrued after May 2, 2016 in the amount of $ 0.02 per day, belonging to

STIPULATION TO TURN OVER FUNDS FROM BOP INMATE TRUST ACCOUNT
CR 05-00167-003 WHA

1  Defendant Edgar Diaz for full and final payment of the outstanding restitution obligation imposed
2  against Defendant. Said funds will be made payable to the United States District Court Clerk, and
3  mailed to The United States District Court Clerk, Attn:  Finance Section, 450 Golden Gate Avenue, 16th
4  Fl., San Francisco, CA 94102 for application to the criminal monetary penalties owed by the defendant
5  in this case.

**SO STIPULATED**

Dated: May 3, 2016                              /s/ Tony Tamburello
                                                TONY TAMBURELLO
                                                Attorney for Defendant Edgar Diaz


Dated: May 3, 2016              By:     /s/ Julie C. Reagin
                                        JULIE C. REAGIN
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America

STIPULATION TO TURN OVER FUNDS FROM  BOP INMATE TRUST ACCOUNT
CR 05-00167-003 WHA

3

BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6970
    Fax: (415) 436-6570
    Email: Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 05-00167-003 WHA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER FOR TURN OVER OF FUNDS HELD IN DEFENDANT'S BUREAU OF PRISONS INMATE TRUST ACCOUNT |
| v. | |
| EDGAR DIAZ, | Date: May 10, 2016<br>Time: 2:00 P.M.<br>Judge: The Hon. William Alsup<br>Location: Courtroom 8, 19th Floor |
| Defendant. | |

The Court, having considered the parties' Stipulation, and good cause appearing, hereby APPROVES the Stipulation and ORDERS as follows:

IT IS HEREBY ORDERED that the United States' Motion for Order Requiring Turn Over of Funds is WITHDRAWN and the hearing scheduled for May 10, 2016 is VACATED.

IT IS FURTHER ORDERED that the Bureau of Prisons is authorized to turn over to the Clerk of the Court, and the Clerk of the Court shall accept funds in the amount of $1,068.31 plus interest accrued after May 2, 2016 in the amount of $ 0.02 per day, currently held in the trust account for the following inmate:

Edgar Diaz
Register No.: 98349-011
FCI – Bennettsville
696 Muckerman Road
Bennettsville, SC  29512

Said funds should be made payable to the United States District Court Clerk, and mailed to The United States District Court Clerk, Attn:  Finance Section, 450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102 for application to the criminal monetary penalties owed by the defendant in this case.

**IT IS SO ORDERED**

Dated: May 5, 2016.

_____
THE HON. WILLIAM ALSUP
United States District Judge

[PROPOSED] ORDER REQUIRING TURN OVER OF FUNDS HELD IN BOP INMATE TRUST ACCOUNT
CR 05-00167-003 WHA

2