IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00167 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| EDGAR DIAZ, | |
| Defendant. / | |

Defendant, proceeding *pro se*, has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within **FIFTY-SIX DAYS** why the motion should not be granted, if that is its position, and to file all portions of the record relevant to the motion. If the government opposes the motion, defendant shall have **TWENTY-EIGHT DAYS** from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: November 26, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE