Case 3:05-cr-00167-WHA   Document 2323   Filed 02/20/25   Page 1 of 2

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:05CR00167 |
| Edgar Diaz ) | |
| a/k/a "Hook" ) | USM No: 98349-011 |
| Date of Original Judgment: 01/20/2009 ) | |
| Date of Previous Amended Judgment: ) | Shaffy Moeel (Appointed) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  480  months **is reduced to**  432 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/20/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  02/12/2025 

*Judge's signature*

Effective Date: 

William H. Alsup, Senior United States District Judge
*(if different from order date)*   *Printed name and title*

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Edgar Diaz a/k/a "Hook"
CASE NUMBER: 3:05CR00167
DISTRICT: Northern District of California

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 40    Amended Total Offense Level: 40
Criminal History Category: III    Criminal History Category: II
Previous Guideline Range: 360 to life months    Amended Guideline Range: 324 to 405 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS